UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Creative Technologies, LLC, | Case No. 24-33934 |
| Debtor. | |

**SUPPLEMENTAL DISCLOSURE REGARDING LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS**

Debtor Creative Technologies, LLC ("**Debtor**") hereby files its *Official Form 204: List of Creditors Who Have the 20 Largest Unsecured Claims and are not Insiders*. The current version of the list reflects the Debtor's preliminary determination of its largest 20 unsecured creditors and was generated from information provided to the general receiver appointed pre-petition by the Superior Court of King County, Washington, including the proofs of claim submitted in the receivership. Debtor acknowledges, however, that there may be other litigation claims from investors and vending machine purchasers that are larger and not reflected on this list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Debtor is in the process of evaluating all potential claims and reserves the right to amend this list as necessary.

Dated: October 24, 2024.

Respectfully submitted,

TONKON TORP LLP

By */s/ Danny Newman*
    Danny Newman, Texas Bar No. 24092896
      Email: danny.newman@tonkon.com
      Direct: 503.802.2089
    Ava Schoen, admitted *Pro Hac Vice*
      Email: ava.schoen@tonkon.com
      Direct: 503.802.2143
    Portland, OR 97204
    Telephone: (503) 221-1440
    Attorneys for Debtors

044904\00001\17689497v1

**Fill in this information to identify the case:**

Debtor name   Creative Technologies, LLC

United States Bankruptcy Court for the:  Southern          District of  Texas
                                                                        (State)
Case number (If known):  24-33934

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction value of collateral setoff | Unsecured claim |
| 1 | First Fed Bank c/o Gregory R. Fox Lane Powell PC 1420 Fifth Ave, #4200 Seattle, WA 98101 | foxg@lanepowell.com | Loans | | $15,093,070.46 | | $9,135,852.67 |
| 2 | Keystone Water Holdings LLC c/o Jordan M. Rand Klehr Harrison Harvey Branzburg LLP 1835 Market St., Suite 1400 Philadelphia, PA 19103 | 215.569.3024 / jrand@klehr.com | Litigation Claims | | | | $23,366,752.67 |
| 3 | Alkaline Water Holdings, LLC c/o Jordan M. Rand Klehr Harrison Harvey Branzburg LLP 1835 Market St., Suite 1400 Philadelphia, PA 19103 | 215.569.3024 / jrand@klehr.com | Litigation Claims | | | | $23,366,752.67 |
| 4 | H20 Syation Holdings, LLC c/o Jordan M. Rand Klehr Harrison Harvey Branzburg LLP 1835 Market St., Suite 1400 Philadelphia, PA 19103 | 215.569.3024 / jrand@klehr.com | Litigation Claims | | | | $23,366,752.67 |
| 5 | Arravend LLC 3509 Nodding Pine Ct Fairfax, VA  22033 | Sheanh Ashola ash.sheanh@yahoo.com | Litigation Claims | | | | $6,363,280.00 |
| 6 | Dennis Demirjian & DDWSTECH LLC c/o Colin Hunter Bradley Bernstein Sands LLP 1425 SW 20th Ave., Suite 201 Portland, OR 97201 | chunter@bradleybernstein.com 971.337.0190 | Litigation Claims | | | | $5,364,430.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | ChugIt LLC<br>2111 Riverview Dr.<br>Dandridge, TN 37725 | James Vilt<br>lljasvilt@hotmail.com<br>(303) 862-2676 | Litigation Claims | | | | $3,638,308.00 |
| 8 | Granite Street Ventures, LLC<br>2468 Santa Barbara Ln<br>Franklin, TN 37069 | Cody Bishop<br>(415) 819-3717<br>CODYB719@GMAIL.COM | Litigation Claims | | | | $3,154,417.00 |
| 9 | Siripi WST LLC<br>13919 Hughes Ln<br>Dallas, TX 75240 | Radhika Siripireddy<br>radh_77@yahoo.com<br>(214) 674-8693 | Litigation Claims | | | | $3,410,500.00 |
| 10 | SS Holdings, LLC<br>4601 Chennault Beach Rd., #200,<br>Mukilteo, WA 98275 | 206.510.9601 /<br>kschueller@davisschueller.com | Litigation Claims | | | | $2,396,500.00 |
| 11 | WST,LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | Bradley Burau<br>drbburau@yahoo.com<br>(810) 516-6062 | Litigation Claims | | | | $1,979,581.00 |
| 12 | A&R Water Supply<br>4 Peace St<br>Pelham, NY 10803 | Reginald Franklin<br>reginaldfranklinii@gmail.com | Litigation Claims | | | | $3,275,245.00 |
| 13 | Pacific Water Technology, LLC<br>2305 43rd Street SE<br>Puyallup, WA 98374 | Kwansoo Lee<br>oosnawk@gmail.com<br>(206) 276-3485 | Litigation Claims | | | | $3,247,171.00 |
| 14 | 352 Capital GP LLC<br>c/o Jason P. Kathman<br>Spencer Fane LLP<br>5700 Granite Parkway, Ste. 650 | (972) 324-0300<br>jkathman@specerfane.com | Litigation Claims | | | | $106,925,000 |
| 15 | Scott Runnels & Runnels Ortho Practice & Les Enterprises LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>971.337.0190 | Litigation Claims | | | | $1,437,599.91 |
| 16 | Big Boy Tools LLC<br>12625 Hideout Drive<br>Noblesville, IN 46060 | Sterling Davis<br>sterls5@yahoo.com<br>(419) 352-2239 | Litigation Claims | | | | $3,038,358.00 |
| 17 | Prasiti Water Investments, LLC<br>3001 S. Hardin Blvd<br>Suite 110 #102<br>McKinney, TX 75070 | Nirupa Keskar<br>rupa@prasiti.com<br>(972) 839-0288 | Litigation Claims | | | | $2,807,461.00 |

| # | Creditor | Contact | Nature of Claim | | | | Amount |
|---|---|---|---|---|---|---|---|
| 18 | Ronald Cole (Sole Prop.) / COLEWSTECHLLC<br>2960 Lewallen Place<br>Decatur, IL 62521 | Ronald Cole<br>rcmcfc@comcast.net<br>(217) 848-0830 | Litigation Claims | | | | $2,453,150.00 |
| 19 | Carol & Forrest Bryant & Jam Capital II, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>971.337.0190 | Litigation Claims | | | | $2,750,000.00 |
| 20 | Indiana Water Technology, LLC<br>6404 Myrtle Lane<br>Indianapolis, IN 46220 | David Schroeder<br>davidaschroeder@yahoo.com<br>(317) 432-6225 | Litigation Claims | | | | $3,403,296.00 |

044904\00001\17689570v1