UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>Refreshing USA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-33919 (ARP)<br>(Jointly Administered) |

**SUPPLEMENTAL DISCLOSURE REGARDING LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors-in-possession Refreshing USA, LLC, Water Station Management LLC, and Creative Technologies, LLC (collectively "Debtors") file this *Official Form 204: List of Creditors Who Have the 30 Largest Unsecured Claims and are not Insiders*. The current version of the list reflects the Debtors' preliminary determination of its largest 30 unsecured creditors and was generated from information provided to the general receiver appointed pre-petition by the Superior Court of King County, Washington, including the proofs of claim submitted in the receivership. Debtors acknowledge, however, that there may be other litigation claims from investors and vending machine purchasers that are larger and not reflected on this list.

/ / /

/ / /

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-33934. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

1

Debtors are in the process of evaluating all potential claims and reserve the right to amend this list as necessary.

Dated: October 30, 2024.

Respectfully submitted,

TONKON TORP LLP

By */s/ Danny Newman*
    Danny Newman, Texas Bar No. 24092896
       Email: danny.newman@tonkon.com
       Direct: 503.802.2089
    Ava Schoen, admitted *Pro Hac Vice*
       Email: ava.schoen@tonkon.com
       Direct: 503.802.2143
    888 SW 5th Avenue, Suite 1600
    Portland, OR 97204
    Telephone: (503) 221-1440
       *Attorneys for Debtors*

044904\00001\17706637v1

2

24-01863-FPC11   Doc 134   Filed 10/30/24   Entered 10/30/24 11:40:43   Pg 2 of 6

**Fill in this information to identify the case:**

Debtor name: Refreshing USA, LLC, *et al.*

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): 24-33919

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction value of collateral or setoff | Unsecured claim |
| 1 | First Fed Bank c/o Gregory R. Fox Lane Powell PC 1420 Fifth Ave, #4200 Seattle, WA 98101 | foxg@lanepowell.com | Loans | | $15,093,070.46 | | $9,135,852.67 |
| 2 | Keystone Water Holdings LLC c/o Jordan M. Rand Klehr Harrison Harvey Branzburg LLP 1835 Market St., Suite 1400 Philadelphia, PA 19103 | 215.569.3024 / jrand@klehr.com | Litigation Claims | | | | $23,366,752.67 |
| 3 | Alkaline Water Holdings, LLC c/o Jordan M. Rand Klehr Harrison Harvey Branzburg LLP 1835 Market St., Suite 1400 Philadelphia, PA 19103 | 215.569.3024 / jrand@klehr.com | Litigation Claims | | | | $23,366,752.67 |
| 4 | H20 Syation Holdings, LLC c/o Jordan M. Rand Klehr Harrison Harvey Branzburg LLP 1835 Market St., Suite 1400 Philadelphia, PA 19103 | 215.569.3024 / jrand@klehr.com | Litigation Claims | | | | $23,366,752.67 |
| 5 | Arravend LLC 3509 Nodding Pine Ct Fairfax, VA 22033 | Sheanh Ashola ash.sheanh@yahoo.com | Litigation Claims | | | | $6,363,280.00 |
| 6 | Dennis Demirjian & DDWSTECH LLC c/o Colin Hunter Bradley Bernstein Sands LLP 1425 SW 20th Ave., Suite 201 Portland, OR 97201 | chunter@bradleybernstein.com (971) 337-0190 | Litigation Claims | | | | $5,364,430.00 |

| | Debtor | Refreshing USA, LLC, et al. | | | Case number (if known) 24-33919 | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | ChugIt LLC<br>2111 Riverview Dr.<br>Dandridge, TN 37725 | James Vilt<br>IIjasvilt@hotmail.com<br>(303) 862-2676 | Litigation Claims | | | | $3,638,308.00 |
| 8 | Granite Street Ventures, LLC<br>2468 Santa Barbara Ln<br>Franklin, TN 37069 | Cody Bishop<br>(415) 819-3717<br>CODYB719@GMAIL.COM | Litigation Claims | | | | $3,154,417.00 |
| 9 | Siripi WST LLC<br>13919 Hughes Ln<br>Dallas, TX 75240 | Radhika Siripireddy<br>radh_77@yahoo.com<br>(214) 674-8693 | Litigation Claims | | | | $3,410,500.00 |
| 10 | SS Holdings, LLC<br>4601 Chennault Beach Rd., #200,<br>Mukilteo, WA 98275 | 206.510.9601 /<br>kschueller@davisschueller.com | Litigation Claims | | | | $2,396,500.00 |
| 11 | WST,LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | Bradley Burau<br>drbburau@yahoo.com<br>(810) 516-6062 | Litigation Claims | | | | $1,979,581.00 |
| 12 | A&R Water Supply<br>4 Peace St<br>Pelham, NY 10803 | Reginald Franklin<br>reginaldfranklinii@gmail.com | Litigation Claims | | | | $3,275,245.00 |
| 13 | Pacific Water Technology, LLC<br>2305 43rd Street SE<br>Puyallup, WA 98374 | Kwansoo Lee<br>oosnawk@gmail.com<br>(206) 276-3485 | Litigation Claims | | | | $3,247,171.00 |
| 14 | Paul & Anna Lee Talosig & Biyaya, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>(971) 337-0190 | Litigation Claims | | | | $1,009,885.00 |
| 15 | Scott Runnels & Runnels Ortho Practice & Les Enterprises LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>(971) 337-0190 | Litigation Claims | | | | $1,437,599.91 |
| 16 | Big Boy Tools LLC<br>12625 Hideout Drive<br>Noblesville, IN 46060 | Sterling Davis<br>sterls5@yahoo.com<br>(419) 352-2239 | Litigation Claims | | | | $3,038,358.00 |
| 17 | Prasiti Water Investments, LLC<br>3001 S. Hardin Blvd<br>Suite 110 #102<br>McKinney, TX 75070 | Nirupa Keskar<br>rupa@prasiti.com<br>(972) 839-0288 | Litigation Claims | | | | $2,807,461.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Ronald Cole (Sole Prop.) / COLEWSTECHLLC<br>2960 Lewallen Place<br>Decatur, IL 62521 | Ronald Cole<br>rcmcfc@comcast.net<br>(217) 848-0830 | Litigation Claims | | | | $2,453,150.00 |
| 19 | Carol & Forrest Bryant & Jam Capital II, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>971.337.0190 | Litigation Claims | | | | $2,750,000.00 |
| 20 | Indiana Water Technology, LLC<br>6404 Myrtle Lane<br>Indianapolis, IN 46220 | David Schroeder<br>davidaschroeder@yahoo.com<br>(317) 432-6225 | Litigation Claims | | | | $3,403,296.00 |
| 21 | 352 Capital GP LLC<br>c/o Jason P. Kathman<br>Spencer Fane LLP<br>5700 Granite Parkway, Ste. 650<br><br>AND<br><br>U.S. Bank Trust Company, National Association, as trustee<br>60 Livingston Avenue,<br>EP-MN-WS3D, St. Paul, Minnesota 55107, Attention: GSF/Water Station Management LLC | (972) 324-0300<br>jkathman@specerfane.com<br><br><br><br>David.Eastlake@gtlaw.com | Litigation Claims; Indenture | | | | $106,925,000 |
| 22 | SDB H2O, LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | Scott Burau<br>(810) 444-1143<br>sburau@mac.com | Litigation Claims | | | | $1,812,369.00 |
| 23 | RDWSTECH3594<br>7356 Lester St<br>Lexington, MI 48450 | Robert Dost<br>(703) 622-0087<br>DrDost@drdost.com | Litigation Claims | | | | $1,679,764.00 |
| 24 | MAJI 8377 LLC<br>8377 Old Plank Rd<br>Grand Blanc, MI 48439 | James Walker<br>(810) 241-2970<br>jdwalk2@yahoo.com | Litigation Claims | | | | $1,501,945.00 |
| 25 | Raymond & Jane Jone & Water Stations, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>(971) 337-0190 | Litigation Claims | | | | $1,417,545.00 |
| 26 | Gary & Heidi Young & Aqualux TX, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | chunter@bradleybernstein.com<br>(971) 337-0190 | Litigation Claims | | | | $1,090,000.00 |
| 27 | Redwaters LLC<br>24352 Woodhall Ct<br>Naperville, IL 60564 | Konda Reddy Gadi<br>(801) 913-3093<br>kondarg@yahoo.com | Litigation Claims | | | | $1,399,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 Rumson Wellness LLC<br>508 West 24th St, Apt 6N<br>New York, NY 10011 | Dylan Ross<br>(909) 972-5901<br>Dmpross@gmail.com | Litigation Claims | | | | $1,093,000.00 |
| 29 Flatlands Equipment LLC<br>4306 W Shoreline St<br>Wichita, KS 67205 | Matthew Fellows<br>(316) 250-1280<br>mfellows@fellowsholdings.com | Litigation Claims | | | | $1,020,000.00 |
| 30 BLC Water Company LLC<br>1130 W Clifton Ave<br>Redlands, CA 92373 | Brian Chu<br>(909) 910-8073<br>bchu76@gmail.com | Litigation Claims | | | | $1,013,154.00 |

044904\00001\17706645v1