# Notice Recipients

District/Off: 0980−2　　　User: notice　　　Date Created: 11/18/2024
Case: 24−01866−FPC11　　　Form ID: pdf002　　　Total: 224

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Amit D Ranade | aranade@swlaw.com |
| aty | Andrew J Geppert | gepperta@lanepowell.com |
| aty | Gregory R Fox | FoxG@Lanepowell.com |
| aty | Jason Patrick Kathman | jkathman@spencerfane.com |
| aty | Martin J Kreshon, III | martin@northcitylaw.com |
| aty | Zachary A. Cooper | zcooper@swlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Creative Technologies, LLC | 2732 Grand Ave, Ste. 122 | Everett, WA 98201 | |
| ptcrd | Stillwater Ventures LLC | 8272 Sunset Blvd., Ste. B | West Hollywood, CA 90046 | |
| ptcrd | David Grillo | 8272 Sunset Blvd., Ste. B | West Hollywood, CA 90046 | |
| ptcrd | Gray Family Enterprises LLC | 23233 N. Pima Rd., Ste 113−367 | Scottsdale, AZ 85255 | |
| ptcrd | Don Gray | 23233 N. Pima Rd., Ste 113−367 | Scottsdale, AZ 85255 | |
| ptcrd | Rosewater Ventures LLC | 8272 Sunset Blvd., Ste. B | West Hollywood, CA 90046 | |
| ptcrd | Coldwater Vending LLC | 8272 Sunset Blvd., Ste. B | West Hollywood, CA 90046 | |
| cr | TurningPointe, LLC | Snell & Wilmer LLP | 2501 N Harwood Street, Ste 1850 | Dallas |
| cr | Cadence Bank | c/o Burke Moore Law Group LLP | 235 Peachtree Street NE Suite 1900 | Atlanta, GA 30303 UNITED STATES |
| cr | First Fed Bank | c/o Lane Powell PC | 1420 Fifth Avenue, Suite 4200 | Seattle, WA 98101 |
| cr | H2O Station Holdings, LLC | c/o Corinne S. Brennan | 1835 Market Street Suite 1400 | Philadelphia, PA 19103 |
| cr | Keystone Water Holdings, LLC | c/o Corinne S. Brennan | 1835 Market Street Suite 1400 | Philadelphia, PA 19103 |
| cr | Alkaline Water Holdings, LLC | c/o Corinne S. Brennan | 1835 Market Street Suite 1400 | Philadelphia, PA 19103 |
| intp | Water for Commerce Fund Management, LLC | Bryan Cave Leighton Paisner LLP | 2200 Ross Avenue, Suite 4200W | Dallas |
| cr | Seaga Manufacturing, Inc. | c/o Jamie S. Cassel, Esq. | 2902 McFarland Road Suite 400 | Rockford, IL 61107 |
| cr | U.S. Bank Trust Company, National Association, in its capacity as Indenture Trustee under the Indenture dated April 29, 2022, between Water Station Management LLC, as Issuer, & U.S. Bank Trust Co. | c/o David R. Eastlake Greenberg Traurig, LLP | 1000 Louisiana Street, Suite 6700 | Houston, TX 77002 |
| cr | Ideal Property Investments, LLC | c/o DBS Law | 155 NE 100th St., Suite 205 | Seattle, WA 98125 |
| cr | Tokyo Century (USA) Inc. assignee of Isuzu Finance of America, Inc. | c/o Dennis A. Dressler | 101 W. Grand Avenue Suite 404 | Chicago, IL 60654 |
| cr | James Group International, LLC | c/o North City Law, PC | c17713 Fifteenth Avenue NE, Suite 101 | Shoreline, WA |
| cr | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Bexar County | Linebarger Goggan Blair & Sampson, LLP | c/o Don Stecker 112 E. Pecan Street, Suite 2200 | San Antonio, TX 78205 |
| aty | Alyssa M. Radovanovich | Klehr Harrison Harvey Branzburg LLP | 919 N. Market Street Suite 1000 | Wilmington, DE 19801 |
| aty | Ava L Schoen | Tonkon Torp LLP | 888 SW Fifth Avenue Suite 1600 | Portland, OR 97204 |
| aty | Corinne Samler Brennan | Klehr Harrison Harvey Branzburg LLP | 1835 Market Street, Suite 1400 Ste 1400 | Philadelphia, PA 19103 |
| aty | Daniel Forest Newman | Tonkon Torp LLP | 888 SW 6th Ave Suite 1600 | Portland, OR 97204 |
| aty | David Robert Eastlake | Greenberg Traurig, LLP | 1000 Louisiana Street, Suite 6700 | Houston, TX 77002 |
| aty | Dennis A Dressler | Dressler Peters LLC | 70 West Hubbard St Ste 200 | Chicago, IL 60654 |
| aty | Dominique Renee Scalia | Dbs Law | 155 NE 100th St Ste 205 | Seattle, WA 98125 |
| aty | Don Stecker | c/o Linebarger Goggan Blair & Sampson, L | 112 E. Pecan Street Suite 2200 | San Antonio, TX 78205 |
| aty | Ericka Johnson | Bayard, P.A. | 600 North King Street Suite 400 | Wilmington, DE 19801 |
| aty | J. Seth Moore | Snell & Wilmer | 2501 North Harwood St. Ste 1850 | Dallas, TX 75201 |
| aty | Jacquelyn Diane McAnelly | Cersonsky & McAnelly, P.C. | 1770 St. James Place Suite 150 TX | Houston, TX 77056 |
| aty | Jamie S Cassel | Reno & Zahm LLP | 2902 McFarland Road Suite 400 | Rockford, IL 61107−6050 |
| aty | Kyle S. Hirsch | c/o Bryan Cave Leighton Paisner LLP | Dallas Arts Tower 2200 Ross Avenue, Suite 4200W | Dallas, TX 75201 |
| aty | Michael B. Fisco | Greenberg Taurig, LLP | 90 South Seventh Street Suite 3500 | Minneapolis, MN 55402 |
| aty | Michael Paul Jones | Herbert Smith Freehills New York LLP | 200 Park Avenue 16th Floor | New York, NY 10166 |
| aty | Michael R Rethinger | Burke Moore Law Group, LLP | 235 Peachtree St. NE Suite 1900 | Atlanta, GA 30303 |

| | | | | | | |
|---|---|---|---|---|---|---|
| aty | | Peter John Behmke | Herbert Smith Freehills New York LLP | 200 Park Avenue | 16th Floor | New York, NY 10166 |
| aty | | Scott Sonny Balber | Herbert Smith Freehills New York LLP | 200 Park Avenue | 16th Floor | New York, NY 10166 |
| aty | | Terrence Todd Egland | CSD Attorneys at Law P.S. | 1500 Railroad Ave | Bellingham, WA 98225 | |
| 4298356 | 210 SA Holdings LLC | Attn: Marc Hildebrand | 825 North Saint Marys, Suite 101 | San Antonio, TX 78205 | | |
| 4298524 | 352 Capital GP, LLC | c/o Jason P. Kathman | Spencer Fane LLP | 5700 Granite Parkway, Ste. 650 | Plano, TX 75024 | |
| 4298357 | A&R Water Supply | Attn: Reginald Franklin | 4 Peace St | Pelham, NY 10803 | | |
| 4298516 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | | |
| 4298366 | ASH Vending, LLC | Attn: Robert Hoery | 10550 Morningdew Ct | Highlands Ranch, CO 80126 | | |
| 4298528 | Aarana Water Bending LLC | Prasad Prabhakar Joshi | 1926 Mandan Ct | Fremont, CA 94539 | | |
| 4298358 | Abby Wyatt Group, Inc | Attn: Mark Fleming | 214 Mountain Crest Dr | Taylors, SC 29687 | | |
| 4298359 | Adventure Done Right LLC | Attn: Sean Done | 3395 s la Mesa rd | Salt Lake City, UT 84109 | | |
| 4298360 | Aiden Waterworks | Attn: Bo Yang | 17825 Parkshore | Northville, MI 48168 | | |
| 4298523 | Alkaline Water Holdings, LLC | c/o Jordan M. Rand | Klehr Harrison Harvey Branzburg LLP | 1835 Market St., Suite 1400 | Philadelphia, PA 19103 | |
| 4298361 | Alkaline Water Holdings, LLC Keystone Wa | c/o Jordan M. Rand | Klehr Harrison Harvey Branzburg LLP | 1835 Market St., Suite 1400 | Philadelphia, PA 19103 | |
| 4298527 | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | | | |
| 4298362 | American Vending Sales | 750 Morse Ave. | Elk Grove Village, IL 60007 | | | |
| 4298363 | Aqualux Water LLC | Attn: Gary Young | 705 Potomac Pl | Southlake, TX 76092 | | |
| 4298364 | Aqualux Water LLC | c/o James P. Savitt | Fennemore Craig, P.C. | 1425 Fourth Ave., Suite 800 | Seattle, WA 98101–2272 | |
| 4298365 | Arravend LLC | Attn: Ashoka Sheanh | 3509 Nodding Pine Ct | Fairfax, VA 22033 | | |
| 4298369 | BLC Water Company LLC | Attn: Brian Chu | 1130 W Clifton Ave | Redlands, CA 92373 | | |
| 4298367 | Be of Service LLC | Attn: Michael Bailey | 2601 Westheimer Rd #C502 | Houston, TX 77098 | | |
| 4298517 | Bexar County | c/o Don Stecker | 112 E. Pecan Street, Suite 2200 | San Antonio, TX 78205 | | |
| 4298518 | Bexar County | c/o Don Stecker | 112 E. Pecan Street, Suite 2200 | San Antonio, TX 78205 | | |
| 4298368 | Big Boy Tools LLC | Attn: Sterling Davis | 12625 Hideout Drive | Noblesville, IN 46060 | | |
| 4298370 | Brown Family Enterprises LLC | Attn: David Brown | PO Box 145 | Salem, OR 97308 | | |
| 4298373 | C&C Investment Holdings, LLC | Attn: Charles Coggins | 4200 Berry D Sims Wynd | Raleigh, NC 27612 | | |
| 4298384 | COLEWSTECHLLC | Attn: Ronald Cole | 2960 Lewallen Place | Decatur, IL 62521 | | |
| 4298371 | CT Corporation System As Representative | 330 N Brand Blvd, Suite 700 | Attn: Sprs | Glendale, CA 91203 | | |
| 4298372 | CT Corporation System As Representative | 330 N Brand Blvd, Suite 700, | Attn: Sprs | Glendale, CA 91203 | | |
| 4298375 | Cadence Bank | Attn: Billy J. Babineaux, Jr. | 315 Settlers Trace Blvd. | Lafayette, LA 70508 | | |
| 4298374 | Cadence Bank | Michael R. Rethinger | Burke Moore Law Group | 235 Peachtree St NE, Suite 1900 | Atlanta, GA 30303 | |
| 4298376 | Carol & Forrest Bryant & Jam Capital II | c/o Colin Hunter | Bradley Bernstein Sands LLP | 1425 SW 20th Ave., Suite 201 | Portland, OR 97201 | |
| 4298377 | Carson & Noel PLLC | Wright A. Noel | 20 Sixth Ave. NE | Issaquah, WA 98027 | | |
| 4298379 | Chaurishi Retail Enterprises LLC | Attn: Basant Kumar | 17775 NW Santiam Ct | Portland, OR 97229 | | |
| 4298380 | Chris & Stephanie Tiechmiller | and Teichmiller Freedom Holdings, LLC | c/o Colin Hunter | 1425 SW 20th Ave., Suite 201 | Portland, OR 97201 | |
| 4298381 | ChugIt LLC | Attn: James Vilt II | 2111 Riverview Dr. | Dandridge, TN 37725 | | |
| 4298382 | City and County of San Francisco | Bureau of Delinquent Revenue | c/o Brittany Reger | PO Box 7027 | San Francisco, CA 94120–7027 | |
| 4298383 | Coco Aqua LLC | Attn: Trung Nguyen | 139 Silent Manor Dr | Sugarland, TX 77498 | | |
| 4298386 | Corporation Service Co. As Representative | 230 W 200 S, Ste. 2107 | Salt Lake City, UT 84101 | | | |
| 4298385 | Corporation Service Co. As Representative | PO Box 2576 | Springfield, Il 62708 | | | |
| 4298387 | County of Calaveras | Office of County Counsel | 891 Mountain Ranch Rd. | San Andreas, CA 95249 | | |
| 4298388 | County of Napa, CA | 1710 Soscol Ave., Suite 3 | Napa, CA 94559 | | | |
| 4298389 | County of Orange Treasurer–Tax Collector | PO Box 1438 | Santa Ana, CA 92702–1438 | | | |
| 4298390 | County of Sacramento Weights & Measures | 4137 Branch Center Rd. | Sacramento, CA 95827 | | | |
| 4298391 | Culminate Water Technology LLC | Attn: Padma Kandikonda | 23015 Caterham Dr | Ashburn, VA 20148 | | |
| 4298392 | Curtis Elie Richards | 1015 Nutt St., #362 | Wilmington, NC 28401 | | | |
| 4298393 | Cyborg Holdings / Summit Ventures 2 | Attn: Timothy Dailey | 5940 E Adobe Dr | Phoenix, AZ 85054 | | |
| 4298394 | Dalb Inc | 73 Industrial Blvd | Kearneysville, WV 25430 | | | |
| 4298395 | Dat Nguyen & Anh Trinh & DN2LA, Inc. | c/o Colin Hunter | Bradley Bernstein Sands LLP | 1425 SW 20th Ave., Suite 201 | Portland, OR 97201 | |
| 4298396 | Dellavalle Laboratory Inc. | 1910 W. McKinley Ave., Suite 110 | Fresno, CA 93728 | | | |
| 4298397 | Dennis Demirjian & DDWSTECH LLC | c/o Colin Hunter | Bradley Bernstein Sands LLP | 1425 SW 20th Ave., Suite 201 | Portland, OR 97201 | |
| 4298398 | Direct Drive LTL, Inc. dba BlueGrace MKE | 11122 W. Rogers St. | West Allis, WI 53227 | | | |
| 4298399 | Driftless Water Ventures | Attn: Zac Scherrman | 15403 Budd Road | Dubuque, IA 52002 | | |
| 4298400 | Duan & Linda Okamoto | & Oaks Waterstation Tech, LLC | c/o Colin Hunter | 1425 SW 20th Ave., Suite 201 | Portland, OR 97201 | |
| 4298401 | Duane and Linda Okamoto | c/o James P. Savitt | Fennemore Craig, P.C. | 1425 Fourth Ave., Suite 800 | Seattle, WA 98101–2272 | |

| | | | | |
|---|---|---|---|---|
| 4298402 | Eco Responsible LLC | 1724 SW 5th Court | Fort Lauderdale, FL 33312 | |
| 4298403 | Elbi of America | c/o Richard S. Price, II | 1235 N. Harbor Blvd., Suite 200 | Fullerton, CA 92832 |
| 4298404 | Etania LLC | Attn: Karthiga Jayaram | 9363 E Atlantic Pl. | Denver, CO 80231 |
| 4298405 | Ethyan, LLC | c/o Isreal Sands Law P.A. | 2703 Day Ave. TH 7 | Miami, FL 33133 |
| 4298406 | Ever Upward Inc | Attn: David Beranek | 21 W Taylor Run Pkwy | Alexandria, VA 22314 |
| 4298407 | Facts Property Services | Attn: Aashish Parekh | 7227 E. Baseline Rd., STE 104 | Mesa, AZ 85209 |
| 4298408 | Federal Insurance Company | Bankers Standard Ins. Co. | 202A Hall's Mill Road – 2E | Whitehouse Station, NJ 08836 |
| 4298520 | First Fed Bank | P.O. Box 351 | Port Angeles, WA 98362 | |
| 4298409 | First Federal Savings Loan Assoc. | of Port Angeles | P.O. Box 351 | Port Angeles, WA 98362 |
| 4298410 | First Utah Bank | 11025 South State Street | Sandy, UT 84070 | |
| 4298411 | Flatlands Equipment LLC | Attn: Matthew Fellows | 4306 W Shoreline St | Wichita, KS 67205 |
| 4298412 | Founders Mosaic Partners LLC | c/o Terek E. Mercho | Mercho Strzynski LLP | 8935 N Meridian St., Suite 112 Indianapolis, IN 42620 |
| 4298413 | Freedom Water Technologies LLC | 33 Willow Dr. | Gretna, LA 70053–4844 | |
| 4298414 | Fresca41 LLC | 4141 Pamona Ave. | Miami, FL 33133 | |
| 4298415 | Gary & Heidi Young & Aqualux TX, LLC | c/o Colin Hunter | Bradley Bernstein Sands LLP | 1425 SW 20th Ave., Suite 201 Portland, OR 97201 |
| 4298416 | Gary & Heidi Young & Aqualux TX, LLC | c/o James P. Savitt | Fennemore Craig, P.C. | 1425 Fourth Ave., Suite 800 Seattle, WA 98101–2272 |
| 4298417 | Granite Street Ventures, LLC | Attn: Cody Bishop | 2468 Santa Barbara Ln | Franklin, TN 37069 |
| 4298418 | GrayFin Ventures LLC | Attn: James Sartain | 2609 Round Table Blvd. | Lewisville, TX 75056 |
| 4298419 | Great Oak Water, LLC | Attn: Thomas Wawersich | 2114 Estes Park Dr | Allen, TX 75013 |
| 4298521 | H20 Station Holdings, LLC | c/o Jordan M. Rand | Klehr Harrison Harvey Branzburg LLP | 1835 Market St., Suite 1400 Philadelphia, PA 19103 |
| 4298420 | Half Full Vending LLC | Attn: Josh McNary | 1413 Chesterton Dr | Dallas, TX 75080 |
| 4298421 | Helmut Giewat | 218 Sullivan Point | Dandridge, TN 37725 | |
| 4298422 | Henry Ernst & IIWST LLC | c/o Colin Hunter | Bradley Bernstein Sands LLP | 1425 SW 20th Ave., Suite 201 Portland, OR 97201 |
| 4298423 | Horeb Water Solutions, LLC | Attn: Steven Wells | 6671 Santa Barbara Road, Ste E | Elkridge, MD 12075 |
| 4298378 | Hydration for Health, LLC | and Chance & Carrie McLemore | c/o Colin Hunter | 1425 SW 20th Ave., Suite 201 Portland, OR 97201 |
| 4298425 | IMLSunshine, LLC | Attn: Jacob Letourneau | 334 Dole Drive | Lawrence, KS 66049 |
| 4298429 | IRS | Centralized Insolvency Operation | POB 7346 | Philadelphia, PA 19101–7346 |
| 4298424 | Ideal Property Investments, LLC | Ryan Wear – RA | 732 Grand Ave., Suite 122 | Everett, WA 98201 |
| 4298426 | Indiana Water Technology, LLC | Attn: David Schroeder | 6404 Myrtle Lane | Indianapolis, IN 46220 |
| 4298428 | Intervenors, the Pacific Parties | Bush Kornfeld LLP | Aimee S. Willig; Jason Wax; Armand J. Ko | 601 Union St., Suite 5000 Seattle, WA 98101–2373 |
| 4298427 | Intervenors, the Pacific Parties | Corr Cronin LLP | John T. Bender; Kristen Barnhart | 1015 2nd Ave., Floor 10 Seattle, WA 98104–1001 |
| 4298430 | Isuzu Finance of America Inc. | 2500 Westchester Avenue | Purchase, NY 10577 | |
| 4298435 | JBF Consulting Services LLC | Attn: John Flack | 1730 S Germantown Rd, Apt 207 | Germantown, TN 38138 |
| 4298436 | JDD Enterprises, LLC | James Douglas Doots | 218 South Lewis St., #2 | Monroe, WA 98272 |
| 4298439 | JK Seven LLC | Attn: William White | 3045 Wheaton Road | San Antonio, TX 78234 |
| 4298440 | JLE Enterprises LLC | Attn: James Estes | 7387 Upton Court | Castle Rock, CO 80104 |
| 4298355 | JPMorgan Chase Bank, N.A. | National Bankruptcy Department | P.O Box 29505 AZ1–5757 | Phoenix AZ 85038–9505 |
| 4298431 | James & Rayne Osborn & | 2540 Properties LLC | c/o Colin Hunter | 1425 SW 20th Ave., Suite 201 Portland, OR 97201 |
| 4298433 | James Group International, LLC | 1758 La Playa Dr. | Lafayette, CA 94594 | |
| 4298432 | James Group International, LLC | c/o Paul A. Barrera; Clare E. Bogdanowi | North City Law, PC | 17713 15th Ave NE, Suite 101 Seattle, WA 98155–3839 |
| 4298434 | James P. Savitt | Fennemore Craig, P.C. | 1425 Fourth Ave., Suite 800 | Seattle, WA 98101–2272 |
| 4298437 | Jeffrey Brooke | Attn: Jeffrey Brooke | 5807 Title Row Drive | Bradenton, FL 34210 |
| 4298438 | Jerome C. Lowe | 8100 Cypress Wood, #911 | Spring, TX 77379 | |
| 4298441 | Johnson Lux Group LLC | Kevin P. Hansen | Peterson Russell Kelly Livengood, PLLC | 10900 NE 4th St., Suite 1850 Bellevue, WA 98004 |
| 4298442 | Johnson Lux Group, LLC | 126 16th Ave. | Kirkland, WA 98033 | |
| 4298443 | Jonathan & Leslie Echols | and Lucky Water LLC | c/o Colin Hunter | 1425 SW 20th Ave., Suite 201 Portland, OR 97201 |
| 4298444 | Jung Lee & Jung J Lee Waterstation LLC | c/o Colin Hunter | Bradley Bernstein Sands LLP | 1425 SW 20th Ave., Suite 201 Portland, OR 97201 |
| 4298445 | Kdawg Crypto LLC | Attn: Karen Lavin | 14 Clinton St | Milford, CT 06460 |
| 4298522 | Keystone Water Holdings, LLC | c/o Jordan M. Rand | Klehr Harrison Harvey Branzburg LLP | 1835 Market St., Suite 1400 Philadelphia, PA 19103 |
| 4298446 | Kinetic Properties LLC | 3102 Deerfield Ridge Dr. | McDonald, PA 15057 | |
| 4298447 | Kmandy Investments L.L.C | Attn: Karthika Mandyam | 6509 San Judas St. | McKinney, TX 75070 |
| 4298448 | LivingWater Station LLC | Attn: Karl Schoenleber | 799 Harbor Vista Drive | Columbia, SC 29229 |
| 4298449 | MAJI 8377 LLC | Attn: James Walker | 8377 Old Plank Rd | Grand Blanc, MI 48439 |
| 4298450 | May Auerbach (sole Prop.) | 20425 Via Cristal | Yorba Linda, CA 92886 | |

| # | Name | Address |
|---|------|---------|
| 4298451 | Mod Holdings, LLC | c/o John Bender   Bender Law PLLC   4634 E Marginal Way S., Suite C–150   Seattle, WA 98134 |
| 4298455 | NS SQ Eco Water LLC | Attn: Navaneeth Kumar Vankadari Ramprasa   1153 Flanders CT   Aurora, IL 60502 |
| 4298452 | Nevada Division of Industrial Relations | 3360 W. Sahara Ave., Suite 250   Las Vegas, NV 89102 |
| 4298453 | Newtek Small Business Finance, LLC | c/o Paulina Garga–Chmiel   Dykema   10 South Wacker Dr., Suite 2300   Chicago, IL 60606 |
| 4298454 | Nira Enterprises LLC | Attn: Archan Tikoti   3301 Spring Mountain Dr   Plano, TX 75025 |
| 4298457 | Oaks WaterStation Tech LLC | c/o James P. Savitt   Fennemore Craig, P.C.   1425 Fourth Ave., Suite 800   Seattle, WA 98101–2272 |
| 4298456 | Oaks Waterstation Tech LLC | Attn: Duane Okamoto   3617 241st Avenue SE   Sammamish, WA 98029 |
| 4298458 | Oed Properties LLC | Attn: Joshua Oed   66 S Piney Plains Circle   The Woodlands, TX 77382 |
| 4298459 | Pacific Water Technology, LLC | Attn: Kwansoo Lee   2305 43rd Street SE   Puyallup, WA 98374 |
| 4298460 | Paul & Anna Lee Talosig & Biyaya, LLC | c/o Colin Hunter   Bradley Bernstein Sands LLP   1425 SW 20th Ave., Suite 201   Portland, OR 97201 |
| 4298461 | Paul Martinchuk | 2982 Edgewick Road   Glendale, CA 91206 |
| 4298462 | Paul Martinchuk | c/o Abigail St. Hilaire   Ellis, Li & McKinstry PLLC   1700 Seventh Ave., Suite 1810   Seattle, WA 98101–1820 |
| 4298463 | Pinnacle Bank | 150 3rd Ave S, Suite 900   Nashville, TN 37201 |
| 4298353 | Portland General Electric (PGE) | 7895 SW Mohawk St.   Tualatin, OR 97062 |
| 4298464 | Prasiti Water Investments, LLC | Attn: Nirupa Keskar   3001 S. Hardin Blvd, Suite 110 #102   McKinney, TX 75070 |
| 4298465 | Progressive Partners LLC | Attn: Srinivas Nathi   13780 Lowe St.   Chantilly, VA 20151 |
| 4298466 | Q & V LLC | WaterStation Tech. of Rockville   Attn: Tan Quan Nguyen   4905 Macon Rd   Rockville, MD 20852 |
| 4298468 | RCWSTECH1157LLC | Attn: Ronald Cole   2960 Lewallen Place   Decatur, IL 62521 |
| 4298469 | RDWSTECH3594 | Attn: Robert Dost   7356 Lester St   Lexington, MI 48450 |
| 4298475 | RL Futures LLC | Ryan Richard   77 Peachtree Memorial Drive NW #3   Atlanta, GA 30309 |
| 4298467 | Raymond & Jane Jone | & Water Stations, LLC   c/o Colin Hunter   1425 SW 20th Ave., Suite 201   Portland, OR 97201 |
| 4298470 | Redwaters LLC | Attn: Konda Reddy Gadi   24352 Woodhall Ct.   Naperville, IL 60564 |
| 4298471 | Rhino Investments, LLC | c/o Todd J. Cook & Dexter N. Bradford   Beresford Booth PLLC   145 Third Ave S   Edmonds, WA 98020 |
| 4298472 | Rhino Manufacturing, Inc. | c/o Todd J. Cook & Dexter N. Bradford   Beresford Booth PLLC   145 Third Ave S   Edmonds, WA 98020 |
| 4298473 | Richard Humphrey | 9091 Archer Lane North   Maple Grove, MN 55311 |
| 4298474 | Richard I. Brennan | 21207 Redcrest Manor Dr.   Richmond, TX 77406 |
| 4298476 | Roman Jarosiewicz | Attn: Roman Jarosiewicz   11013 Prairieview Trl N   Lake Elmo, MN 55042 |
| 4298477 | Ronald Cole (Sole Prop.) / | COLEWSTECHLLC   Attn: Ronald Cole   2960 Lewallen Place   Decatur, IL 62521 |
| 4298478 | Rose Trail Ventures 2 LLC | Attn: Pravin Thakkar   4216 Central Lane   Memphis, TN 38117 |
| 4298479 | Rose Trail Ventures LLC | Attn: Pravin Thakkar   4216 Central Lane   Memphis, TN 38117 |
| 4298480 | Royal Reservoirs | Attn: Deren Flesher   6516 Hackberry Trl   Edmond, OK 73034 |
| 4298481 | Rumson Wellness LLC | Attn: Dylan Ross   508 West 24th St, Apt 6N   New York, NY 10011 |
| 4298482 | Ryan Wear | 2732 Grand Ave., Ste. 122   Everett, WA 98201 |
| 4298484 | SDB H2O, LLC | Attn: Scott Burau   6276 Talon Preserve Dr   Nokomis, FL 34275 |
| 4298491 | SS Holdings, LLC | c/o Jeffrey L. Smoot   Westwood Pacific Law PLLC   1725 SW Roxbury St., Suite 2   Seattle, WA 98106–2752 |
| 4298492 | SS Holdings, LlC | 4601 Chennault Beach Rd., #200   Mukilteo, WA 98275 |
| 4298354 | STELLANTIS FINANCIAL SEVICES | ATTN BANKRUPTCY DEPARTMENT   3065 AKERS MILL ROAD   SUITE 700   ATLANTA, GA 30339 |
| 4298352 | Santander Consumer USA, Inc. | an Illinois corporation   d/b/a Chrysler Capital   P.O. Box 961275   Fort Worth, TX 76161–1245 |
| 4298483 | Scott Runnels & Runnels Ortho Practice | & Les Enterprises LLC   c/o Colin Hunter   1425 SW 20th Ave., Suite 201   Portland, OR 97201 |
| 4298486 | Seaga Manufacturing, Inc. | 700 Seaga Dr.   Freeport, IL 61032 |
| 4298485 | Seaga Manufacturing, Inc. | c/o John S. Kaplan   Stoel Rives LLP   600 University St., Suite 3600   Seattle, WA 98101 |
| 4298487 | Shawn Satterthwaite | 7101 Rio Grande Gorge Ct.   Las Vegas, NV 89130 |
| 4298488 | Silver Oak H2O, LLC | Attn: Dustin Braeger   705 Silver Oak Dr   Glenwood Springs, CO 81601 |
| 4298489 | Siripi WST LLC | Attn: Radhika Siripireddy   13919 Hughes Ln   Dallas, TX 75240 |
| 4298490 | Spruce Waters Investments | Attn: Thomas Anderson   8102 Lowbank Dr   Naples, FL 34109 |
| 4298493 | Starter Holdings, LLC | Attn: Joshua Leykam   2333 W Straight Arrow Ln.   Phoenix, AZ 80585 |
| 4298494 | State of Washington | Dept. of Revenue   Bankruptcy/Claims Unit   2101 4th Ave. #1400   Seattle, WA 98121 |
| 4298496 | State of Washington | Employment Security Department   PO Box 9046   Olympia, WA 98507–9046 |
| 4298495 | State of Washington | Office of the Attorney General   Bankruptcy & Collections Unit   800 Fifth St., Ste. 2000   Seattle, WA 98104 |
| 4298497 | Sun A WY LLC | Attn: Susan Pinkerton   1613 NW 42nd Pl   Cape Coral, FL 33993 |
| 4298526 | TEXAS WORKFORCE COMMISSION | OFFICE OF ATTORNEY GENERAL   BK/COLLECTIONS   P.O. BOX 12548, MC008   AUSTIN, TX 787112548 |
| 4298498 | Tanushka Water Vending LLC | c/o G. Michael Zeno, Jr.   135 State St. S., #257   Kirkland, WA 98033 |

| | | |
|---|---|---|
| 4298529 | Tax Appraisal District of Bell County    c/o McCreary, Veselka, Bragg & Allen    P.O. Box 1269    Round Rock, TX 78680–1269 | |
| 4298499 | Tennessee Dept. of Revenue    PO Box 190665    Nashville, TN 37219–0665 | |
| 4298500 | Thomas Brent Bowen & G1 Ventures, LLC    c/o Colin Hunter    Bradley Bernstein Sands LLP    1425 SW 20th Ave., Suite 201    Portland, OR 97201 | |
| 4298501 | Timothy Seth Peabody    5741 Bridgeboro Way    Norcross, GA 30092 | |
| 4298502 | Traci & Brendan McCormick &    Richland Real Estate, LLC    c/o Colin Hunter    Bradley Bernstein Sands LLP    1425 SW 20th Ave., Suite 201    Portland, OR 97201 | |
| 4298519 | TurningPointe, LLC    Snell & Wilmer, LLP    2501 N Harwood Street    Ste 1850    Dallas, TX 75201 | |
| 4298503 | Tyler C. Sadek Founders Mosaic Partners    c/o Terek E. Mercho    Mercho Strzynski LLP    8935 N Meridian St., Suite 112    Indianapolis, IN 42620 | |
| 4298504 | Tyler Sadek    c/o Terek E. Mercho    Mercho Strzynski LLP    8935 N Meridian St., Suite 112    Indianapolis, IN 42620 | |
| 4298505 | Uline    12575 Uline Dr.    Pleasant Prairie, WI 53158 | |
| 4298506 | UniBank    Hacker & Willig, Inc., P.S.    Attn: Arnold M. Willig    520 Pike St., Suite 2500    Seattle, WA 98101 | |
| 4298507 | V2S2 LLC    Attn: Venkita Sharma    5745 W Sumac Ave    Littleton, CO 80123 | |
| 4298508 | VE Solutions, Inc.    c/o William W. Schonberg    127 Public Square, Suite 4900    Cleveland, OH 44114 | |
| 4298509 | Vitruvian Engineering, Inc.    438 Gibraltar Dr, Unit 6    Mississauga    Ontario L5T 2P2    CANADA | |
| 4298513 | WST Utah LLC    Attn: Merrill Stoddard    568 W. Threshing Way    Kaysville, UT 84037 | |
| 4298514 | WST,LLC    Attn: Bradley Burau    6276 Talon Preserve Dr    Nokomis, FL 34275 | |
| 4298515 | WV Water Tech LLC    Attn: Jason Blough    460 Deerfield Village Dr    Shepherdstown, WV 25443 | |
| 4298510 | Water Station Holdings LLC    c/o Terek E. Mercho    Mercho Strzynski LLP    8935 N Meridian St., Suite 112    Indianapolis, IN 42620 | |
| 4298511 | Water Stations LLC    Raymond Jone    1355 Monterey Blvd.    San Francisco, CA 94127 | |
| 4298525 | Water for Commerce    Fund Management, LLC    2020 W. 89th St    Ste.305    Leawood, KS 66206 | |
| 4298512 | Wood Village Market & Deli    23930 NE Halsey St    Wood Village, OR 97060 | |

TOTAL: 218