United States Bankruptcy Court

Eastern District of Washington

In re:                                                                  Case No. 24-01866-FPC

Creative Technologies, LLC                                       Chapter 11

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2                                               User: notice                                                 Page 1 of 7

Date Rcvd: Nov 18, 2024                                Form ID: pdf002                                  Total Noticed: 210

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Creative Technologies, LLC, 2732 Grand Ave, Ste. 122, Everett, WA 98201-3416 |
| aty | + | Alyssa M. Radovanovich, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | Ava L Schoen, Tonkon Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204-2099 |
| aty | + | Corinne Samler Brennan, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Ste 1400, Philadelphia, PA 19103-2945 |
| aty | | Daniel Forest Newman, Tonkon Torp LLP, 888 SW 6th Ave, Suite 1600, Portland, OR 97204 |
| aty | + | David Robert Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| aty | + | Dominique Renee Scalia, Dbs Law, 155 NE 100th St, Ste 205, Seattle, WA 98125-8015 |
| aty | + | Ericka Johnson, Bayard, P.A., 600 North King Street, Suite 400, Wilmington, DE 19801-3779 |
| aty | + | J. Seth Moore, Snell & Wilmer, 2501 North Harwood St., Ste 1850, Dallas, TX 75201-1607 |
| aty | + | Jacquelyn Diane McAnelly, Cersonsky & McAnelly, P.C., 1770 St. James Place Suite 150, TX, Houston, TX 77056-3422 |
| aty | + | Jamie S Cassel, Reno & Zahm LLP, 2902 McFarland Road, Suite 400, Rockford, IL 61107-6801 |
| aty | + | Kyle S. Hirsch, c/o Bryan Cave Leighton Paisner LLP, Dallas Arts Tower, 2200 Ross Avenue, Suite 4200W, Dallas, TX 75201-2763 |
| aty | + | Michael B. Fisco, Greenberg Taurig, LLP, 90 South Seventh Street, Suite 3500, Minneapolis, MN 55402-4106 |
| aty | + | Michael Paul Jones, Herbert Smith Freehills New York LLP, 200 Park Avenue, 16th Floor, New York, NY 10166-1799 |
| aty | + | Peter John Behmke, Herbert Smith Freehills New York LLP, 200 Park Avenue, 16th Floor, New York, NY 10166-1799 |
| aty | + | Scott Sonny Balber, Herbert Smith Freehills New York LLP, 200 Park Avenue, 16th Floor, New York, NY 10166-1799 |
| aty | + | Terrence Todd Egland, CSD Attorneys at Law P.S., 1500 Railroad Ave, Bellingham, WA 98225-4542 |
| cr | + | Alkaline Water Holdings, LLC, c/o Corinne S. Brennan, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| ptcrd | + | Coldwater Vending LLC, 8272 Sunset Blvd., Ste. B, West Hollywood, CA 90046-2454 |
| ptcrd | + | David Grillo, 8272 Sunset Blvd., Ste. B, West Hollywood, CA 90046-2454 |
| ptcrd | + | Don Gray, 23233 N. Pima Rd., Ste 113-367, Scottsdale, AZ 85255-8388 |
| cr | + | First Fed Bank, c/o Lane Powell PC, 1420 Fifth Avenue, Suite 4200, Seattle, WA 98101-2375 |
| ptcrd | ++ | GRAY FAMILY ENTERPRISES, ATTN DONALD E GRAY, 23233 N PIMA RD, STE 113-367, SCOTTSDALE AZ 85255-8388 address filed with court:, Gray Family Enterprises LLC, 23233 N. Pima Rd., Ste 113-367, Scottsdale, AZ 85255 |
| cr | + | H2O Station Holdings, LLC, c/o Corinne S. Brennan, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| cr | + | Ideal Property Investments, LLC, c/o DBS Law, 155 NE 100th St., Suite 205, Seattle, WA 98125-8015 |
| cr | | James Group International, LLC, c/o North City Law, PC, c17713 Fifteenth Avenue NE, Suite 101, Shoreline, WA |
| cr | + | Keystone Water Holdings, LLC, c/o Corinne S. Brennan, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| ptcrd | + | Rosewater Ventures LLC, 8272 Sunset Blvd., Ste. B, West Hollywood, CA 90046-2454 |
| ptcrd | + | Stillwater Ventures LLC, 8272 Sunset Blvd., Ste. B, West Hollywood, CA 90046-2454 |
| cr | + | Tokyo Century (USA) Inc. assignee of Isuzu Finance, c/o Dennis A. Dressler, 101 W. Grand Avenue, Suite 404, Chicago, IL 60654-7129 |
| cr | + | U.S. Bank Trust Company, National Association, in, c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| 4298356 | + | 210 SA Holdings LLC, Attn: Marc Hildebrand, 825 North Saint Marys, Suite 101, San Antonio, TX 78205-1358 |
| 4298524 | + | 352 Capital GP, LLC, c/o Jason P. Kathman, Spencer Fane LLP, 5700 Granite Parkway, Ste. 650, Plano, TX 75024-6812 |
| 4298357 | + | A&R Water Supply, Attn: Reginald Franklin, 4 Peace St, Pelham, NY 10803-3430 |
| 4298366 | + | ASH Vending, LLC, Attn: Robert Hoery, 10550 Morningdew Ct, Highlands Ranch, CO 80126-5611 |
| 4298528 | + | Aarana Water Bending LLC, Prasad Prabhakar Joshi, 1926 Mandan Ct, Fremont, CA 94539-6706 |
| 4298358 | + | Abby Wyatt Group, Inc, Attn: Mark Fleming, 214 Mountain Crest Dr, Taylors, SC 29687-6146 |
| 4298359 | + | Adventure Done Right LLC, Attn: Sean Done, 3395 s la Mesa rd, Salt Lake City, UT 84109-4237 |
| 4298360 | + | Aiden Waterworks, Attn: Bo Yang, 17825 Parkshore, Northville, MI 48168-8579 |
| 4298523 | + | Alkaline Water Holdings, LLC, c/o Jordan M. Rand, Klehr Harrison Harvey Branzburg LLP, 1835 Market St., Suite 1400, Philadelphia, |

|  |  |  |
|---|---|---|
|  |  | PA 19103-2945 |
| 4298361 | + | Alkaline Water Holdings, LLC Keystone Wa, c/o Jordan M. Rand, Klehr Harrison Harvey Branzburg LLP, 1835 Market St., Suite 1400, Philadelphia, PA 19103-2945 |
| 4298362 | + | American Vending Sales, 750 Morse Ave., Elk Grove Village, IL 60007-5137 |
| 4298363 | + | Aqualux Water LLC, Attn: Gary Young, 705 Potomac Pl, Southlake, TX 76092-9324 |
| 4298364 |  | Aqualux Water LLC, c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 |
| 4298365 | + | Arravend LLC, Attn: Ashoka Sheanh, 3509 Nodding Pine Ct, Fairfax, VA 22033-1120 |
| 4298369 | + | BLC Water Company LLC, Attn: Brian Chu, 1130 W Clifton Ave, Redlands, CA 92373-5718 |
| 4298367 | + | Be of Service LLC, Attn: Michael Bailey, 2601 Westheimer Rd #C502, Houston, TX 77098-1665 |
| 4298368 | + | Big Boy Tools LLC, Attn: Sterling Davis, 12625 Hideout Drive, Noblesville, IN 46060-9704 |
| 4298370 | + | Brown Family Enterprises LLC, Attn: David Brown, PO Box 145, Salem, OR 97308-0145 |
| 4298373 | + | C&C Investment Holdings, LLC, Attn: Charles Coggins, 4200 Berry D Sims Wynd, Raleigh, NC 27612-5344 |
| 4298384 | + | COLEWSTECHLLC, Attn: Ronald Cole, 2960 Lewallen Place, Decatur, IL 62521-4839 |
| 4298375 | + | Cadence Bank, Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd., Lafayette, LA 70508-6061 |
| 4298376 | + | Carol & Forrest Bryant & Jam Capital II, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298377 | + | Carson & Noel PLLC, Wright A. Noel, 20 Sixth Ave. NE, Issaquah, WA 98027-3428 |
| 4298379 | + | Chaurishi Retail Enterprises LLC, Attn: Basant Kumar, 17775 NW Santiam Ct, Portland, OR 97229-3464 |
| 4298380 | + | Chris & Stephanie Tiechmiller, and Teichmiller Freedom Holdings, LLC, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298381 | + | ChugIt LLC, Attn: James Vilt II, 2111 Riverview Dr., Dandridge, TN 37725-5132 |
| 4298383 | + | Coco Aqua LLC, Attn: Trung Nguyen, 139 Silent Manor Dr, Sugarland, TX 77498-5813 |
| 4298386 | + | Corporation Service Co. As Representive, 230 W 200 S, Ste. 2107, Salt Lake City, UT 84101-1337 |
| 4298388 | + | County of Napa, CA, 1710 Soscol Ave., Suite 3, Napa, CA 94559-1311 |
| 4298390 | + | County of Sacramento Weights & Measures, 4137 Branch Center Rd., Sacramento, CA 95827-3823 |
| 4298391 | + | Culminate Water Technology LLC, Attn: Padma Kandikonda, 23015 Caterham Dr, Ashburn, VA 20148-6812 |
| 4298392 | + | Curtis Elie Richards, 1015 Nutt St., #362, Wilmington, NC 28401-4391 |
| 4298393 | + | Cyborg Holdings / Summit Ventures 2, Attn: Timothy Dailey, 5940 E Adobe Dr, Phoenix, AZ 85054-5766 |
| 4298394 | + | Dalb Inc, 73 Industrial Blvd, Kearneysville, WV 25430-2733 |
| 4298395 | + | Dat Nguyen & Anh Trinh & DN2LA, Inc., c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298396 | + | Dellavalle Laboratory Inc., 1910 W. McKinley Ave., Suite 110, Fresno, CA 93728-1298 |
| 4298397 | + | Dennis Demirjian & DDWSTECH LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298398 | + | Direct Drive LTL, Inc. dba BlueGrace MKE, 11122 W. Rogers St., West Allis, WI 53227-1140 |
| 4298400 | + | Duan & Linda Okamoto, & Oaks Waterstation Tech, LLC, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298401 |  | Duane and Linda Okamoto, c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 |
| 4298402 | + | Eco Responsible LLC, 1724 SW 5th Court, Fort Lauderdale, FL 33312-7515 |
| 4298403 | + | Elbi of America, c/o Richard S. Price, II, 1235 N. Harbor Blvd., Suite 200, Fullerton, CA 92832-1349 |
| 4298404 | + | Etania LLC, Attn: Karthiga Jayaram, 9363 E Atlantic Pl., Denver, CO 80231-5740 |
| 4298405 | + | Ethyan, LLC, c/o Isreal Sands Law P.A., 2703 Day Ave., TH 7, Miami, FL 33133-7600 |
| 4298406 | + | Ever Upward Inc, Attn: David Beranek, 21 W Taylor Run Pkwy, Alexandria, VA 22314-4967 |
| 4298414 | ++ | FRESCA41 LLC, ATTN STEPHANE DENEUX, 4141 PAMONA AVE, MIAMI FL 33133-6326 address filed with court:, Fresca41 LLC, 4141 Pamona Ave., Miami, FL 33133 |
| 4298407 | + | Facts Property Services, Attn: Aashish Parekh, 7227 E. Baseline Rd., STE 104, Mesa, AZ 85209-5005 |
| 4298408 |  | Federal Insurance Company, Bankers Standard Ins. Co., 202A Hall's Mill Road - 2E, Whitehouse Station, NJ 08836 |
| 4298520 | + | First Fed Bank, P.O. Box 351, Port Angeles, WA 98362-0055 |
| 4298411 | + | Flatlands Equipment LLC, Attn: Matthew Fellows, 4306 W Shoreline St, Wichita, KS 67205-8625 |
| 4298412 | + | Founders Mosaic Partners LLC, c/o Terek E. Mercho, Mercho Strzynski LLP, 8935 N Meridian St., Suite 112, Indianapolis, IN 46260-5348 |
| 4298413 |  | Freedom Water Technologies LLC, 33 Willow Dr., Gretna, LA 70053-4844 |
| 4298415 | + | Gary & Heidi Young & Aqualux TX, LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298416 |  | Gary & Heidi Young & Aqualux TX, LLC, c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 |
| 4298417 | + | Granite Street Ventures, LLC, Attn: Cody Bishop, 2468 Santa Barbara Ln, Franklin, TN 37069-1447 |
| 4298418 | + | GrayFin Ventures LLC, Attn: James Sartain, 2609 Round Table Blvd., Lewisville, TX 75056-5723 |
| 4298419 | + | Great Oak Water, LLC, Attn: Thomas Wawersich, 2114 Estes Park Dr, Allen, TX 75013-4833 |
| 4298521 | + | H20 Station Holdings, LLC, c/o Jordan M. Rand, Klehr Harrison Harvey Branzburg LLP, 1835 Market St., Suite 1400, Philadelphia, PA 19103-2945 |
| 4298420 | + | Half Full Vending LLC, Attn: Josh McNary, 1413 Chesterton Dr, Dallas, TX 75080-2804 |
| 4298421 | + | Helmut Giewat, 218 Sullivan Point, Dandridge, TN 37725-5182 |
| 4298422 | + | Henry Ernst & IIWST LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298423 | + | Horeb Water Solutions, LLC, Attn: Steven Wells, 6671 Santa Barbara Road, Ste E, Elkridge, MD 21075-5842 |
| 4298378 | + | Hydration for Health, LLC, and Chance & Carrie McLemore, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |

| | | |
|---|---|---|
| 4298425 | + | IMLSunshine, LLC, Attn: Jacob Letourneau, 334 Dole Drive, Lawrence, KS 66049-4936 |
| 4298424 | | Ideal Property Investments, LLC, Ryan Wear - RA, 732 Grand Ave., Suite 122, Everett, WA 98201 |
| 4298426 | + | Indiana Water Technology, LLC, Attn: David Schroeder, 6404 Myrtle Lane, Indianapolis, IN 46220-5043 |
| 4298428 | + | Intervenors, the Pacific Parties, Bush Kornfeld LLP, Aimee S. Willig; Jason Wax; Armand J. Ko, 601 Union St., Suite 5000, Seattle, WA 98101-2373 |
| 4298427 | | Intervenors, the Pacific Parties, Corr Cronin LLP, John T. Bender; Kristen Barnhart, 1015 2nd Ave., Floor 10, Seattle, WA 98104-1001 |
| 4298430 | + | Isuzu Finance of America Inc., 2500 Westchester Avenue, Purchase, NY 10577-2578 |
| 4298435 | + | JBF Consulting Services LLC, Attn: John Flack, 1730 S Germantown Rd, Apt 207, Germantown, TN 38138-1547 |
| 4298436 | + | JDD Enterprises, LLC, James Douglas Doots, 218 South Lewis St., #2, Monroe, WA 98272-2346 |
| 4298439 | + | JK Seven LLC, Attn: William White, 3045 Wheaton Road, San Antonio, TX 78234-2672 |
| 4298440 | + | JLE Enterprises LLC, Attn: James Estes, 7387 Upton Court, Castle Rock, CO 80104-5364 |
| 4298431 | + | James & Rayne Osborn &, 2540 Properties LLC, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298433 | + | James Group International, LLC, 1758 La Playa Dr., Lafayette, CA 94549-2251 |
| 4298432 | | James Group International, LLC, c/o Paul A. Barrera; Clare E. Bogdanowi, North City Law, PC, 17713 15th Ave NE, Suite 101, Seattle, WA 98155-3839 |
| 4298434 | | James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 |
| 4298437 | + | Jeffrey Brooke, Attn: Jeffrey Brooke, 5807 Title Row Drive, Bradenton, FL 34210-4076 |
| 4298438 | + | Jerome C. Lowe, 8100 Cypress Wood, #911, Spring, TX 77379-7191 |
| 4298441 | + | Johnson Lux Group LLC, Kevin P. Hansen, Peterson Russell Kelly Livengood, PLLC, 10900 NE 4th St., Suite 1850, Bellevue, WA 98004-8341 |
| 4298442 | + | Johnson Lux Group, LLC, 126 16th Ave., Kirkland, WA 98033-4908 |
| 4298443 | + | Jonathan & Leslie Echols, and Lucky Water LLC, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298444 | + | Jung Lee & Jung J Lee Waterstation LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298445 | + | Kdawg Crypto LLC, Attn: Karen Lavin, 14 Clinton St, Milford, CT 06460-8009 |
| 4298522 | + | Keystone Water Holdings, LLC, c/o Jordan M. Rand, Klehr Harrison Harvey Branzburg LLP, 1835 Market St., Suite 1400, Philadelphia, PA 19103-2945 |
| 4298446 | + | Kinetic Properties LLC, 3102 Deerfield Ridge Dr., McDonald, PA 15057-1503 |
| 4298447 | + | Kmandy Investments L.L.C, Attn: Karthika Mandyam, 6509 San Judas St., McKinney, TX 75070-7371 |
| 4298448 | + | LivingWater Station LLC, Attn: Karl Schoenleber, 799 Harbor Vista Drive, Columbia, SC 29229-7438 |
| 4298449 | + | MAJI 8377 LLC, Attn: James Walker, 8377 Old Plank Rd, Grand Blanc, MI 48439-2040 |
| 4298450 | + | May Auerbach (sole Prop.), 20425 Via Cristal, Yorba Linda, CA 92886-4579 |
| 4298451 | + | Mod Holdings, LLC, c/o John Bender, Bender Law PLLC, 4634 E Marginal Way S., Suite C-150, Seattle, WA 98134-2332 |
| 4298455 | + | NS SQ Eco Water LLC, Attn: Navaneeth Kumar Vankadari Ramprasa, 1153 Flanders CT, Aurora, IL 60502-1398 |
| 4298452 | + | Nevada Division of Industrial Relations, 3360 W. Sahara Ave., Suite 250, Las Vegas, NV 89102-6091 |
| 4298453 | + | Newtek Small Business Finance, LLC, c/o Paulina Garga-Chmiel, Dykema, 10 South Wacker Dr., Suite 2300, Chicago, IL 60606-7439 |
| 4298454 | + | Nira Enterprises LLC, Attn: Archan Tikoti, 3301 Spring Mountain Dr, Plano, TX 75025-3954 |
| 4298457 | | Oaks WaterStation Tech LLC, c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 |
| 4298456 | + | Oaks Waterstation Tech LLC, Attn: Duane Okamoto, 3617 241st Avenue SE, Sammamish, WA 98029-6332 |
| 4298458 | + | Oed Properties LLC, Attn: Joshua Oed, 66 S Piney Plains Circle, The Woodlands, TX 77382-1161 |
| 4298464 | ++ | PRASITI WATER INVESTMENTS LLC, 3001 S HARDIN BLVD, SUITE 110 #102, MCKINNEY TX 75070-7702 address filed with court:, Prasiti Water Investments, LLC, Attn: Nirupa Keskar, 3001 S. Hardin Blvd, Suite 110 #102, McKinney, TX 75070 |
| 4298459 | + | Pacific Water Technology, LLC, Attn: Kwansoo Lee, 2305 43rd Street SE, Puyallup, WA 98374-1742 |
| 4298460 | + | Paul & Anna Lee Talosig & Biyaya, LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298461 | + | Paul Martinchuk, 2982 Edgewick Road, Glendale, CA 91206-1315 |
| 4298462 | | Paul Martinchuk, c/o Abigail St. Hilaire, Ellis, Li & McKinstry PLLC, 1700 Seventh Ave., Suite 1810, Seattle, WA 98101-1820 |
| 4298465 | + | Progressive Partners LLC, Attn: Srinivas Nathi, 13780 Lowe St., Chantilly, VA 20151-3212 |
| 4298466 | + | Q & V LLC, WaterStation Tech. of Rockville, Attn: Tan Quan Nguyen, 4905 Macon Rd, Rockville, MD 20852-2227 |
| 4298468 | + | RCWSTECH1157LLC, Attn: Ronald Cole, 2960 Lewallen Place, Decatur, IL 62521-4839 |
| 4298469 | + | RDWSTECH3594, Attn: Robert Dost, 7356 Lester St, Lexington, MI 48450-8849 |
| 4298475 | + | RL Futures LLC, Ryan Richard, 77 Peachtree Memorial Drive NW #3, Atlanta, GA 30309-1073 |
| 4298467 | + | Raymond & Jane Jone, & Water Stations, LLC, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298471 | + | Rhino Investments, LLC, c/o Todd J. Cook & Dexter N. Bradford, Beresford Booth PLLC, 145 Third Ave S, Edmonds, WA 98020-3593 |
| 4298472 | + | Rhino Manufacturing, Inc., c/o Todd J. Cook & Dexter N. Bradford, Beresford Booth PLLC, 145 Third Ave S, Edmonds, WA 98020-3593 |
| 4298473 | + | Richard Humphrey, 9091 Archer Lane North, Maple Grove, MN 55311-1825 |
| 4298474 | + | Richard I. Brennan, 21207 Redcrest Manor Dr., Richmond, TX 77406-3776 |
| 4298476 | + | Roman Jarosiewicz, Attn: Roman Jarosiewicz, 11013 Prairieview Trl N, Lake Elmo, MN 55042-4463 |
| 4298477 | + | Ronald Cole (Sole Prop.) /, COLEWSTECHLLC, Attn: Ronald Cole, 2960 Lewallen Place, Decatur, IL 62521-4839 |
| 4298478 | + | Rose Trail Ventures 2 LLC, Attn: Pravin Thakkar, 4216 Central Lane, Memphis, TN 38117-3602 |
| 4298479 | + | Rose Trail Ventures LLC, Attn: Pravin Thakkar, 4216 Central Lane, Memphis, TN 38117-3602 |
| 4298480 | + | Royal Reservoirs, Attn: Deren Flesher, 6516 Hackberry Trl, Edmond, OK 73034-9711 |
| 4298481 | + | Rumson Wellness LLC, Attn: Dylan Ross, 508 West 24th St, Apt 6N, New York, NY 10011-1321 |
| 4298482 | + | Ryan Wear, 2732 Grand Ave., Ste. 122, Everett, WA 98201-3416 |

| | | |
|---|---|---|
| 4298484 | + | SDB H2O, LLC, Attn: Scott Burau, 6276 Talon Preserve Dr, Nokomis, FL 34275-4322 |
| 4298492 | + | SS Holdings, LlC, 4601 Chennault Beach Rd., #200, Mukilteo, WA 98275-5015 |
| 4298483 | + | Scott Runnels & Runnels Ortho Practice, & Les Enterprises LLC, c/o Colin Hunter, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298486 | + | Seaga Manufacturing, Inc., 700 Seaga Dr., Freeport, IL 61032-9644 |
| 4298485 | + | Seaga Manufacturing, Inc., c/o John S. Kaplan, Stoel Rives LLP, 600 University St., Suite 3600, Seattle, WA 98101-3197 |
| 4298487 | + | Shawn Satterthwaite, 7101 Rio Grande Gorge Ct., Las Vegas, NV 89130-1019 |
| 4298488 | + | Silver Oak H2O, LLC, Attn: Dustin Braeger, 705 Silver Oak Dr, Glenwood Springs, CO 81601-2842 |
| 4298489 | + | Siripi WST LLC, Attn: Radhika Siripireddy, 13919 Hughes Ln, Dallas, TX 75240-3549 |
| 4298490 | + | Spruce Waters Investments, Attn: Thomas Anderson, 8102 Lowbank Dr, Naples, FL 34109-0734 |
| 4298493 | + | Starter Holdings, LLC, Attn: Joshua Leykam, 2333 W Straight Arrow Ln., Phoenix, AZ 85085-4770 |
| 4298496 | | State of Washington, Employment Security Department, PO Box 9046, Olympia, WA 98507-9046 |
| 4298497 | + | Sun A WY LLC, Attn: Susan Pinkerton, 1613 NW 42nd Pl, Cape Coral, FL 33993-3200 |
| 4298498 | | Tanushka Water Vending LLC, c/o G. Michael Zeno, Jr., 135 State St. S., #257, Kirkland, WA 98033 |
| 4298500 | + | Thomas Brent Bowen & G1 Ventures, LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201, Portland, OR 97201-2485 |
| 4298501 | + | Timothy Seth Peabody, 5741 Bridgeboro Way, Norcross, GA 30092-2493 |
| 4298502 | + | Traci & Brendan McCormick &, Richland Real Estate, LLC, c/o Colin Hunter, Bradley Bernstein Sands LLP, 1425 SW 20th Ave., Suite 201 Portland, OR 97201-2485 |
| 4298519 | + | TurningPointe, LLC, Snell & Wilmer, LLP, 2501 N Harwood Street, Ste 1850, Dallas, TX 75201-1607 |
| 4298503 | + | Tyler C. Sadek Founders Mosaic Partners, c/o Terek E. Mercho, Mercho Strzynski LLP, 8935 N Meridian St., Suite 112, Indianapolis, IN 46260-5348 |
| 4298504 | + | Tyler Sadek, c/o Terek E. Mercho, Mercho Strzynski LLP, 8935 N Meridian St., Suite 112, Indianapolis, IN 46260-5348 |
| 4298507 | + | V2S2 LLC, Attn: Venkita Sharma, 5745 W Sumac Ave, Littleton, CO 80123-0685 |
| 4298508 | + | VE Solutions, Inc., c/o William W. Schonberg, 127 Public Square, Suite 4900, Cleveland, OH 44114-1284 |
| 4298509 | | Vitruvian Engineering, Inc., 438 Gibraltar Dr, Unit 6, Mississauga, Ontario L5T 2P2, CANADA |
| 4298511 | ++ | WATER STATIONS LLC, 1355 MONTEREY BLVD, SAN FRANCISCO CA 94127-2509 address filed with court:, Water Stations LLC, Raymond Jone, 1355 Monterey Blvd., San Francisco, CA 94127 |
| 4298513 | + | WST Utah LLC, Attn: Merrill Stoddard, 568 W. Threshing Way, Kaysville, UT 84037-6715 |
| 4298514 | + | WST,LLC, Attn: Bradley Burau, 6276 Talon Preserve Dr, Nokomis, FL 34275-4322 |
| 4298515 | + | WV Water Tech LLC, Attn: Jason Blough, 460 Deerfield Village Dr, Shepherdstown, WV 25443-2500 |
| 4298510 | + | Water Station Holdings LLC, c/o Terek E. Mercho, Mercho Strzynski LLP, 8935 N Meridian St., Suite 112, Indianapolis, IN 46260-5348 |
| 4298525 | + | Water for Commerce, Fund Management, LLC, 2020 W. 89th St, Ste.305, Leawood, KS 66206-1946 |
| 4298512 | | Wood Village Market & Deli, 23930 NE Halsey St, Wood Village, OR 97060 |

TOTAL: 180

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: aradovanovich@klehr.com | Nov 18 2024 23:56:00 | Alyssa M. Radovanovich, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801-3030 |
| aty | + | Email/Text: cbrennan@klehr.com | Nov 18 2024 23:56:00 | Corinne Samler Brennan, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Ste 1400, Philadelphia, PA 19103-2945 |
| aty | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 18 2024 23:56:00 | Don Stecker, c/o Linebarger Goggan Blair & Sampson, L, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| aty | + | Email/Text: bankruptcy@burkemoore.com | Nov 18 2024 23:56:00 | Michael R Rethinger, Burke Moore Law Group, LLP, 235 Peachtree St. NE, Suite 1900, Atlanta, GA 30303-1417 |
| cr | + | Email/Text: cbrennan@klehr.com | Nov 18 2024 23:56:00 | Alkaline Water Holdings, LLC, c/o Corinne S. Brennan, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| cr | + | Email/Text: bankruptcy@burkemoore.com | Nov 18 2024 23:56:00 | Cadence Bank, c/o Burke Moore Law Group LLP, 235 Peachtree Street NE, Suite 1900, Atlanta, GA 30303, UNITED STATES 30303-1417 |
| ptcrd | | Email/Text: don@grayandassoc.com | Nov 18 2024 23:56:00 | Gray Family Enterprises LLC, 23233 N. Pima Rd., Ste 113-367, Scottsdale, AZ 85255 |
| cr | + | Email/Text: cbrennan@klehr.com | Nov 18 2024 23:56:00 | H2O Station Holdings, LLC, c/o Corinne S. |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cbrennan@klehr.com | Nov 18 2024 23:56:00 | Brennan, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945<br>Keystone Water Holdings, LLC, c/o Corinne S. Brennan, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 18 2024 23:56:00 | Bexar County, Linebarger Goggan Blair & Sampson, LLP, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: jsc@renozahm.com | Nov 18 2024 23:56:00 | Seaga Manufacturing, Inc., c/o Jamie S. Cassel, Esq., 2902 McFarland Road, Suite 400, Rockford, IL 61107-6801 |
| 4298524 | + | Email/Text: jkathman@spencerfane.com | Nov 18 2024 23:56:00 | 352 Capital GP, LLC, c/o Jason P. Kathman, Spencer Fane LLP, 5700 Granite Parkway, Ste. 650, Plano, TX 75024-6812 |
| 4298516 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2024 00:18:42 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4298527 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2024 00:19:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4298387 | | Email/Text: jleonard@co.calaveras.ca.us | Nov 18 2024 23:56:00 | County of Calaveras, Office of County Counsel, 891 Mountain Ranch Rd., San Andreas, CA 95249 |
| 4298371 | | ^ MEBN | Nov 18 2024 23:53:26 | CT Corporation System As Representative, 330 N Brand Blvd, Suite 700, Attn: Sprs, Glendale, CA 91203-2336 |
| 4298374 | + | Email/Text: bankruptcy@burkemoore.com | Nov 18 2024 23:56:00 | Cadence Bank, Michael R. Rethinger, Burke Moore Law Group, 235 Peachtree St NE, Suite 1900, Atlanta, GA 30303-1417 |
| 4298382 | | Email/Text: ttx.bankruptcy@sfgov.org | Nov 18 2024 23:56:00 | City and County of San Francisco, Bureau of Delinquent Revenue, c/o Brittany Reger, PO Box 7027, San Francisco, CA 94120-7027 |
| 4298385 | + | Email/Text: Bankruptcynotice@cscglobal.com | Nov 18 2024 23:56:00 | Corporation Service Co. As Represenative, PO Box 2576, Springfield, Il 62708-2576 |
| 4298389 | | Email/Text: orangecountybk@ttc.ocgov.com | Nov 18 2024 23:56:00 | County of Orange Treasurer-Tax Collector, PO Box 1438, Santa Ana, CA 92702-1438 |
| 4298399 | | Email/Text: driftlesswaterventures@gmail.com | Nov 18 2024 23:56:00 | Driftless Water Ventures, Attn: Zac Scherrman, 15403 Budd Road, Dubuque, IA 52002 |
| 4298410 | | Email/Text: specialassets@firstutahbank.com | Nov 18 2024 23:56:00 | First Utah Bank, 11025 South State Street, Sandy, UT 84070 |
| 4298414 | | Email/Text: stfdnx@gmail.com | Nov 18 2024 23:56:00 | Fresca41 LLC, 4141 Pamona Ave., Miami, FL 33133 |
| 4298409 | + | Email/Text: collectionsdepartmentgroup@ourfirstfed.com | Nov 18 2024 23:56:00 | First Federal Savings Loan Assoc., of Port Angeles, P.O. Box 351, Port Angeles, WA 98362-0055 |
| 4298429 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2024 23:56:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 4298355 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2024 00:19:11 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 4298517 | | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 18 2024 23:56:00 | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 4298495 | | Email/Text: bcureader@atg.wa.gov | Nov 18 2024 23:56:00 | State of Washington, Office of the Attorney General, Bankruptcy & Collections Unit, 800 Fifth St., Ste. 2000, Seattle, WA 98104 |
| 4298464 | | Email/Text: rupa@prasiti.com | Nov 18 2024 23:56:00 | Prasiti Water Investments, LLC, Attn: Nirupa Keskar, 3001 S. Hardin Blvd, Suite 110 #102, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | McKinney, TX 75070 |
| 4298463 | + | Email/Text: bankruptcy@pnfp.com | Nov 18 2024 23:56:00 | Pinnacle Bank, 150 3rd Ave S, Suite 900, Nashville, TN 37201-2034 |
| 4298353 | + | Email/PDF: credit.collections@pgn.com | Nov 19 2024 00:18:42 | Portland General Electric (PGE), 7895 SW Mohawk St., Tualatin, OR 97062-9192 |
| 4298470 | | Email/Text: kondarg@yahoo.com | Nov 18 2024 23:56:00 | Redwaters LLC, Attn: Konda Reddy Gadi, 24352 Woodhall Ct., Naperville, IL 60564 |
| 4298354 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Nov 18 2024 23:56:00 | STELLANTIS FINANCIAL SEVICES, ATTN BANKRUPTCY DEPARTMENT, 3065 AKERS MILL ROAD, SUITE 700, ATLANTA, GA 30339-3124 |
| 4298352 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2024 23:56:00 | Santander Consumer USA, Inc., an Illinois corporation, d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 4298494 | + | Email/Text: DORBankruptcyNOTICES@dor.wa.gov | Nov 18 2024 23:56:00 | State of Washington, Dept. of Revenue, Bankruptcy/Claims Unit, 2101 4th Ave. #1400, Seattle, WA 98121-2379 |
| 4298526 | | Email/Text: bcd@oag.texas.gov | Nov 18 2024 23:56:00 | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL, BK/COLLECTIONS, P.O. BOX 12548, MC008, AUSTIN, TX 787112548 |
| 4298529 | | Email/Text: julie.parsons@mvbalaw.com | Nov 18 2024 23:56:00 | Tax Appraisal District of Bell County, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 4298499 | | Email/Text: tdor.bankruptcy@tn.gov | Nov 18 2024 23:56:00 | Tennessee Dept. of Revenue, PO Box 190665, Nashville, TN 37219-0665 |
| 4298505 | + | Email/Text: arbankruptcy@uline.com | Nov 18 2024 23:56:00 | Uline, 12575 Uline Dr., Pleasant Prairie, WI 53158-3686 |
| 4298511 | | Email/Text: raymondjonedds@gmail.com | Nov 18 2024 23:56:00 | Water Stations LLC, Raymond Jone, 1355 Monterey Blvd., San Francisco, CA 94127 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TurningPointe, LLC, Snell & Wilmer LLP, 2501 N Harwood Street, Ste 1850, Dallas |
| intp | | Water for Commerce Fund Management, LLC, Bryan Cave Leighton Paisner LLP, 2200 Ross Avenue, Suite 4200W, Dallas |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4298372 | *+ | CT Corporation System As Representative, 330 N Brand Blvd, Suite 700,, Attn: Sprs, Glendale, CA 91203-2336 |
| 4298518 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| aty | ##+ | Dennis A Dressler, Dressler Peters LLC, 70 West Hubbard St, Ste 200, Chicago, IL 60654-5677 |
| 4298491 | ## | SS Holdings, LLC, c/o Jeffrey L. Smoot, Westwood Pacific Law PLLC, 1725 SW Roxbury St., Suite 2, Seattle, WA 98106-2752 |
| 4298506 | ##+ | UniBank, Hacker & Willig, Inc., P.S., Attn: Arnold M. Willig, 520 Pike St., Suite 2500, Seattle, WA 98101-4083 |

TOTAL: 2 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name**           **Email Address**

Amit D Ranade
on behalf of Creditor TurningPointe LLC aranade@swlaw.com, tgere@swlaw.com;pdxecf@swlaw.com;bpartridge@swlaw.com;ncromwell@swlaw.com

Andrew J Geppert
on behalf of Creditor First Fed Bank gepperta@lanepowell.com

Gregory R Fox
on behalf of Creditor First Fed Bank FoxG@Lanepowell.com norbya@lanepowell.com;Docketing@lanepowell.com

Jason Patrick Kathman
on behalf of Creditor 352 Capital GP LLC jkathman@spencerfane.com lvargas@spencerfane.com

Martin J Kreshon, III
on behalf of Creditor James Group International LLC martin@northcitylaw.com

Zachary A. Cooper
on behalf of Creditor TurningPointe LLC zcooper@swlaw.com

TOTAL: 6

| | |
|---|---|
| Debtor | **Creative Technologies, LLC**     EIN: __–_____ |
| | Name |
| United States Bankruptcy Court | EASTERN DISTRICT OF WASHINGTON     Date case filed for chapter: 11    8/27/24 |
| Case number: | 24–01866–FPC11 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

(10/20)

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | Creative Technologies, LLC |
| 2. | **All other names used in the last 8 years** | |
| 3. | **Address** | 2732 Grand Ave, Ste. 122<br>Everett, WA 98201 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel Forest Newman<br>Tonkon Torp LLP<br>888 SW 6th Ave<br>Suite 1600<br>Portland, OR 97204     Contact phone 503–802–2089<br><br>Email: None |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | 904 W Riverside Ave, Suite 304<br>PO Box 2164<br>Spokane, WA 99201     Hours open:<br>8:30 am – 4:30 pm Monday – Friday, excluding holidays<br><br>Contact phone (509) 458–5300<br><br>Date: November 18, 2024 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **December 6, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.     Location:<br><br>**1–877–953–9294 Access Code: 4822893** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For a governmental unit:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | February 4, 2025 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |