The Honorable Alfredo R. Perez
Hearing date: December 5, 2024
Hearing time: 9:00 a.m.
Response date: November 27, 2024

United States Courts
Southern District of Texas
FILED

NOV 05 2024

Nathan Ochsner, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE:

REFRESHING USA, LLC,

    Debtor,

NO. 24-33924-ARP
NO. 24-33919-ARP
NO. 24-33934-ARP

Chapter 11

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY OR ALTERNATIVELY MOTION FOR AN ORDER DETERMINING THAT THE STAY IS NOT IN EFFECT**

TO: The Clerk of the Above-Entitled Court
AND TO: All creditors and parties in interest

PLEASE TAKE NOTICE that Herald Holdings, LLC, a Washington limited liability company ("Herald"), unsecured creditor and lessor to VendPro, LLC, (hereafter, "VendPro"), a Washington limited liability company, in the above-captioned Chapter 11 case, has filed a Motion for entry of an Order lifting the automatic stay pursuant to 11 U.S.C. § 362(d)(1) or alternatively ordering that the stay is not in effect as between Herald and Refreshing USA, LLC or Water Station Management, LLC (the "Motion"), which have been SET FOR HEARING as follows:

JUDGE: Alfredo R. Perez      TIME: 9:00 a.m.

PLACE: 515 Rusk,
Courtroom 400,
Houston, TX 77002      DATE: December 5, 2024

NOTICE OF HEARING - 1
#5616200 V1 / 76199-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

24-01863-FPC11    Doc 167    Filed 11/05/24    Entered 11/06/24 13:38:18    Pg 1 of 3

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and to all parties in interest NO LATER THAN THE RESPONSE DATE, which is **NOVEMBER 27, 2024**. If you file a response, you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE AND STRIKE THE HEARING.

If you wish to receive a copy of the Motion and proposed order, you may contact the undersigned by telephone or contact Paralegal Anna Sier at (206) 224-8105 or asier@karrtuttle.com.

DATED this 30th day of October, 2024

/s/ Steven M. Palmer
Steven M. Palmer, *Pro Hac Vice*
KARR TUTTLE CAMPBELL
701 Fifth Ave, Suite 3300
Seattle, WA 98109
Phone: (206) 223-1313
E-mail: spalmer@karrtuttle.com
*Attorneys for Herald Holdings, LLC*

NOTICE OF HEARING - 2
#5616200 V1 / 76199-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

24-01863-FPC11    Doc 167    Filed 11/05/24    Entered 11/06/24 13:38:18    Pg 2 of 3

# CERTIFICATE OF SERVICE

I, Annaliese K. Sier, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused to be filed with the Court a true and correct copy of the foregoing document via the Court's electronic filing system, which caused service of the document to all parties registered to receive notifications through CM/ECF.

I also caused to be mailed via U.S. mail true and correct copies of the foregoing to all entities listed on the Court's Mailing Matrix as of the date below.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of October, 2024, at Seattle, Washington.

*s/ Annaliese K. Sier*
Annaliese K. Sier
Paralegal

NOTICE OF HEARING - 3
#5616200 V1 / 76199-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100