| Fill in this information to identify the case: |
|---|
| Debtor name: **Creative Technologies, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON |
| Case number (if known): **24-01866-11** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ **Unknown**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ **Unknown**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **19,415,435.34**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **24,103,386.25**

4. **Total liabilities** ......................................................................................................................... $ **43,518,821.59**
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Creative Technologies, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 24-01866-11 |

■ Check if this is an amended filing

Official Form 206E/F
# 2nd Supplemental Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Hiba Baydaa and Rana Alshatee<br>c/o Igor Sharpiro<br>451 SW 10th St., Ste. 215<br>Renton, WA 98057<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Precautionary**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Liston & Tstantilis PC<br>200 S. Wacker, Ste. 820<br>Chicago, IL 60602<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Precautionary**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Creative Technologies, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 24-01866-11 |

☒ Check if this is an amended filing

## Official Form 206G
## 1st Supplemetnal Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Subordination Agreement regarding premises located at 19355 SW Teton Ave., Tualatin OR 97062. Debtor is tenant.** | |
| | State the term remaining | | **First Fed Bank<br>105 W. 8th St.<br>PO Box 351<br>Port Angeles, WA 98362** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Subordination Agreement regarding premises located at 2709 Electronic Lane, Dallas TX 75220. Debtor is tenant.** | |
| | State the term remaining | | **First Fed Bank<br>105 W. 8th St.<br>PO Box 351<br>Port Angeles, WA 98362** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Subordination Agreement regarding premises located at 7925 W. Arby Ave., Las Vegas NV 89113. Debtor is tenant.** | |
| | State the term remaining | | **First Fed Bank<br>105 W. 8th St.<br>PO Box 351<br>Port Angeles, WA 98362** |
| | List the contract number of any government contract | | |

3/11/25 10:23AM

| Debtor 1 | Creative Technologies, LLC | | | Case number (if known) | 24-01866-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subordination Agreement - Lease regarding premises located at 1930 N. 22nd Ave., Phoenix AZ 85009.**<br><br>**First Security Bank of Nevada**<br>**Loan Operations**<br>**9130 W. Russell Rd., Ste. 100**<br>**Las Vegas, NV 89148** |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for premises located at 653 E. 20th St., Yuma AZ 85365. Debtor is tenant.**<br><br>**Ideal AZ Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for premises located at 11410 Beverly Park Rd., Everett WA 98204. Debtor is tenant.**<br><br>**Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for premises located at 19355 SW Teton Ave., Tualatin OR 97062. Debtor is tenant.**<br><br>**Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for premises located at 25377 Huntwood Ave., Hayward CA 94544. Debtor is tenant.**<br><br>**Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |

3/11/25 10:23AM

| Debtor 1 | Creative Technologies, LLC | | | Case number (if known) | 24-01866-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for premises located at 2709 Electronic Lane, Dallas TX 75220. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ideal Property Investments LLC<br>2732 Grand Ave., Ste. 122<br>Everett, WA 98201** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for premises located at 2709 Electronic Lane, Dallas TX 75220. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ideal Property Investments LLC<br>2732 Grand Ave., Ste. 122<br>Everett, WA 98201** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for premises located at 4237 E. Magnolia, Phoenix AZ 85034. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ideal Property Investments LLC<br>2732 Grand Ave., Ste. 122<br>Everett, WA 98201** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for premises located at 586 West 9329 South, Sandy UT 84070. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ideal Property Investments LLC<br>2732 Grand Ave., Ste. 122<br>Everett, WA 98201** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for premises located at 7925 W. Arby Ave., Las Vegas NV 89113. Debtor is tenant.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ideal Property Investments LLC<br>2732 Grand Ave., Ste. 122<br>Everett, WA 98201** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Subordination Agreement regarding premises located at 19355 SW Teton Ave., Tualatin OR 97062. Debtor is tenant.** | |
| | State the term remaining | | **Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Subordination Agreement regarding premises located at 2709 Electronic Lane, Dallas TX 75220. Debtor is tenant.** | |
| | State the term remaining | | **Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Subordination Agreement regarding premises located at 7925 W. Arby Ave., Las Vegas NV 89113. Debtor is tenant.** | |
| | State the term remaining | | **Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Subordination Agreement - Lease regarding premises located at 1930 N. 22nd Ave., Phoenix AZ 85009.** | |
| | State the term remaining | | **Ideal Property Investments LLC**<br>**2732 Grand Ave., Ste. 122**<br>**Everett, WA 98201** |
| | List the contract number of any government contract | | |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name | **Creative Technologies, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | **24-01866-11** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **2nd Suppl. Sch. F and 1st Suppl. Sch. G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 11, 2025**     X **/s/ Brian Weiss**
                                    Signature of individual signing on behalf of debtor

                                    **Brian Weiss**
                                    Printed name

                                    **Chief Restructuring Officer (Force Ten Partners, LLC)**
                                    Position or relationship to debtor