IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| Refreshing USA, LLC, | Case No. 24-33919 |
| Debtors[1]. | (Jointly Administered) |

## NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM

<div style="border:1px solid black">

**THE CLAIMS BAR DATE IS MARCH 2, 2025,
AT 11:59 P.M. (PREVAILING CENTRAL TIME)**

**THE GOVERNMENTAL BAR DATE IS MARCH 31, 2025,
FOR CLAIMS RELATING TO REFRESHING AND WATER STATION,
AND APRIL 21, 2025, FOR CLAIMS RELATING TO CREATIVE,
EACH AT 11:59 P.M. (PREVAILING CENTRAL TIME)**

</div>

**PLEASE TAKE NOTICE THAT** an Order for Relief was entered as to Debtors Refreshing and Water Station on October 2, 2024, and as to Debtor Creative on October 23, 2024.  The meeting of creditors under 11 U.S.C. § 341(a) has been set for December 2, 2024.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Paragraph M(32) of the *Procedures for Complex Cases in the Southern District of Texas*, the bar date for the filing of proofs of claim and proofs of interest these cases is:

(1) **March 2, 2025,** for all non-governmental unit entities.

(2) **March 31, 2025**, for governmental units with claims relating to Debtors Refreshing and Water Station.

(3) **April 21, 2025**, for governmental units with claims relating to Debtor Creative.

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors").  Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless:

- your claim is designated as disputed, contingent, or unliquidated;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

To protect your rights, consult an attorney.

Dated this 8th day of November, 2024.

Respectfully submitted,

TONKON TORP LLP

By    _s/ Danny Newman_
          Danny Newman, Texas Bar No. 24092896
            Email: danny.newman@tonkon.com
            Direct: 503.802.2089
          Ava Schoen, admitted Pro Hac Vice
            Email: ava.schoen@tonkon.com
            Direct: 503.802.2143
          888 SW Fifth Ave., Suite 1600
          Portland, OR 97204
          Telephone: (503) 221-1440
          Attorneys for Debtors

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served electronically on November 8, 2024, via ECF on those parties registered to receive CM/ECF service.

By    _s/ Danny Newman_
          Danny Newman