UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REFRESHING USA, LLC | ) | Case No. 24-33919 (ARP) |
| | ) | |
| Debtors[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ORGANIZATIONAL MEETING OF THE**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

TO THE HONORABLE ALFREDO R PEREZ
UNITED STATES BANKRUPTCY JUDGE:

      An organizational meeting of the Official Unsecured Creditors' Committee in the above-entitled cases have been scheduled via video teleconference call on **Thursday, November 14, 2024, at 3:00 p.m. Central Standard Time (Houston Time)**. The members of the Official Unsecured Creditors' Committee will be provided with a video teleconference invitation.

Dated: November 12, 2024

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-33919; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-33924; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-33934. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: /s/ C. Ross Travis
C. Ross Travis, Trial Attorney
Louisiana State Bar No. 40083
Email: C.Ross.Travis@usdoj.gov
515 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 718-4677
(713) 718-4670 Fax

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 12th day of November 2024.

/s/ C. Ross Travis
C. Ross Travis