Case 474991:

# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Bankruptcy Petition #: 24−33919

*Assigned to:* Bankruptcy Judge Alfredo R Perez
Chapter 11
Involuntary
<u>Show Associated Cases</u>
<u>Claims Register</u>

*Date filed:* 08/27/2024
*341 meeting:* 12/02/2024

*Debtor*
**Refreshing USA, LLC**
2732 Grand Ave Ste 122
Everett, WA 98201
SNOHOMISH−WA

represented by **Daniel Forest Newman**
Tonkon Torp LLP
888 SW 6th Ave
Suite 1600
Portland, OR 97204
503−802−2089
Email: <u>danny.newman@tonkon.com</u>

**Ava L Schoen**
Tonkon Torp LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
503−802−2143
Fax : 503−972−3843
Email: <u>ava.schoen@tonkon.com</u>

*Debtor*
**Water Station Management LLC**
2732 Grand Ave Ste 122
Everett, WA 98201
SNOHOMISH−WA

represented by **Daniel Forest Newman**
(See above for address)

**Ava L Schoen**
(See above for address)

*Debtor*
**Creative Technologies, LLC**
2732 Grand Ave Ste 122
Everett, WA 98201
SNOHOMISH−WA

represented by **Daniel Forest Newman**
(See above for address)

**Ava L Schoen**
(See above for address)

*Petitioning Creditor*
**Donald E. and Bonnie L. Gray Revocable Living Trust**
23233 N. Pima Rd., Ste 113−367
Scottsdale, AZ 85255

represented by **Ericka Johnson**
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801
302−429−4275
Email: <u>ejohnson@bayardlaw.com</u>

*Petitioning Creditor*
**Don Gray**
23233 N. Pima Rd., Ste 113−367
Scottsdale, AZ 85255

represented by **Ericka Johnson**
(See above for address)

*Petitioning Creditor*
**Tyler Heilman**
2603 Burley Drive

represented by **Ericka Johnson**
(See above for address)

Everett, WA 98208

*Petitioning Creditor*  represented by **Ericka Johnson**
**Annamarie Briggs** (See above for address)
8100 242nd St SW Unit A
Edmonds, WA 98208

*U.S. Trustee*  represented by **Ha Minh Nguyen**
**US Trustee** Office of the United States Trustee
Office of the US Trustee 515 Rusk St
515 Rusk Ave Ste 3516
Ste 3516 Houston, TX 77002
Houston, TX 77002 202−590−7962
713−718−4650 Email: ha.nguyen@usdoj.gov

**Christopher Ross Travis**
DOJ−Ust
515 Rusk Street
Ste 3516
Houston, TX 77002
202−603−5225
Email: C.Ross.Travis@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/27/2024 | 1 | Chapter 11 Involuntary Petition Against a Non−Individual. Receipt Number O,Fee Amount $1738 . Re: Refreshing USA, LLC Filed by Petitioning Creditor(s): Donald E. and Bonnie L Gray Revocable Living Trust (attorney Ericka Johnson), Don Gray (attorney Ericka Johnson), Tyler Heilman, Annamarie Briggs . (jld4) (Entered: 08/27/2024) |
| 08/27/2024 | 2 | MOTION to Appear Pro Hac Vice for Ericka Johnson (Fee NOT PAID) Filed by Petitioning Creditors Annamarie Briggs, Donald E. and Bonnie L. Gray Revocable Living Trust, Don Gray, Tyler Heilman (jld4) (Entered: 08/27/2024) |
| 08/28/2024 | 3 | Notice of Appearance and Request for Notice Filed by Julie Anne Parsons Filed by on behalf of Pine Tree Independent School District, Tax Appraisal District of Bell County (Parsons, Julie) (Entered: 08/28/2024) |
| 08/28/2024 | 4 | Notice of Appearance and Request for Notice Filed by John Kendrick Turner Filed by on behalf of Gregg County (Turner, John) (Entered: 08/28/2024) |
| 08/29/2024 |  | Pro Hac Vice Motion Filing Fee for Ericka Johnson (Fee Paid: $100, receipt number 400008107)(related document(s):2 Motion to Appear pro hac vice). (jld4) (Entered: 08/29/2024) |
| 08/29/2024 | 5 | Notice of Appearance and Request for Notice Filed by J. Seth Moore Filed by on behalf of TurningPointe, LLC (Moore, J.) (Entered: 08/29/2024) |
| 08/29/2024 | 6 | Notice of Appearance and Request for Notice Filed by Zachary A. Cooper Filed by on behalf of TurningPointe, LLC (Cooper, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 |  | Receipt Number 400008107, Fee Amount $100.00 . (Related document(s):2 Motion to Appear pro hac vice). (glc4) (Entered: 08/29/2024) |

| Date | | Doc # | Description |
|---|---|---|---|
| 08/29/2024 | | 7 | Order Granting Motion for Ericka F. Johnson To Appear pro hac vice (Related Doc # 2) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 8/29/2024. (trc4) (Entered: 08/29/2024) |
| 08/29/2024 | | 8 | Receipt of Chapter 11 Filing Fee – $1,738.00 by GC. Receipt Number 40001054. (ADIuser) (Entered: 08/29/2024) |
| 08/30/2024 | | 9 | Involuntary Summons Issued as to Refreshing USA, LLC (jld4) (Entered: 08/30/2024) |
| 08/30/2024 | | 10 | Summons Service Executed in an Involuntary Case on Refreshing USA, LLC 8/30/2024, Answer Due 9/20/2024 (Filed By Donald E. and Bonnie L. Gray Revocable Living Trust ). (Johnson, Ericka) (Entered: 08/30/2024) |
| 08/30/2024 | | | Notice of Appearance and Request for Notice Filed by Ha Minh Nguyen (Nguyen, Ha) (Entered: 08/30/2024) |
| 08/31/2024 | | 11 | BNC Certificate of Mailing. (Related document(s):7 Order on Motion to Appear pro hac vice) No. of Notices: 5. Notice Date 08/31/2024. (Admin.) (Entered: 08/31/2024) |
| 09/05/2024 | | 12 | MOTION to Appear Pro Hac Vice for Amit D. Ranade (Fee Paid: $100, receipt number A25546330) Filed by Creditor TurningPointe, LLC (Ranade, Amit) (Entered: 09/05/2024) |
| 09/05/2024 | | 13 | Motion *to Confirm Eric Camm's Status as Manager of Refreshing USA or, Alternatively, to Excuse Turnover Pending Dismissal or Other Relief* Filed by Creditor TurningPointe, LLC Hearing scheduled for 10/9/2024 at 11:00 AM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Notice of Hearing # 2 Proposed Order # 3 Declaration of Amit D. Ranade # 4 Exhibit Ex. A Part 1 to Ranade Decl. # 5 Exhibit Ex. A Part 2 to Ranade Decl. # 6 Exhibit Ex. A Part 3 to Ranade Decl. # 7 Exhibit Ex. A Part 4 to Ranade Decl. # 8 Exhibit Ex. B and C to Ranade Decl. # 9 Exhibit Ex. D to Ranade Decl. # 10 Exhibit Ex. E to H to Ranade Decl. # 11 Exhibit Ex. I to Ranade Decl. # 12 Exhibit Ex. J to Ranade Decl. # 13 Exhibit Ex. K to Ranade Decl. # 14 Exhibit Ex. L to Ranade Decl. # 15 Exhibit Ex. M to Ranade Decl. # 16 Exhibit Ex. N to Ranade Decl. # 17 Exhibit Ex. O to Ranade Decl. # 18 Exhibit Ex. P to Ranade Decl. # 19 Declaration of Eric Camm # 20 Exhibit Exs. A to D to Camm Decl. # 21 Declaration of Nick Howe # 22 Exhibit Exs A to C to Howe Decl. # 23 Declaration of Richard Brennan # 24 Exhibit Ex A to Brennan Decl.) (Moore, J.) (Entered: 09/05/2024) |
| 09/06/2024 | | 14 | MOTION to Appear Pro Hac Vice for Corinne Samler Brennan, Esquire (Fee Paid: $100, receipt number A25548833) Filed by Creditors H2O Station Holdings, LLC, Keystone Water Holdings, LLC, Alkaline Water Holdings, LLC (Brennan, Corinne) (Entered: 09/06/2024) |
| 09/06/2024 | | 15 | Order Granting Motion for Amit D. Ranade To Appear pro hac vice (Related Doc 12) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 9/6/2024. (trc4) Modified on 9/9/2024 (TraceyConrad). (Entered: 09/06/2024) |
| 09/08/2024 | | 16 | BNC Certificate of Mailing. (Related document(s):15 Order on Motion to Appear pro hac vice) No. of Notices: 5. Notice Date 09/08/2024. (Admin.) (Entered: 09/08/2024) |

| | | | |
|---|---|---|---|
| 09/09/2024 | | 17 | Order Granting Motion for Corinne Samler Brennan To Appear pro hac vice (Related Doc # 14) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 9/9/2024. (trc4) (Entered: 09/09/2024) |
| 09/09/2024 | | 18 | Notice of Appearance and Request for Notice Filed by James E Cuellar Filed by on behalf of Lenders Funding, LLC (Cuellar, James) (Entered: 09/09/2024) |
| 09/09/2024 | | 19 | Notice of Appearance and Request for Notice Filed by Jason Patrick Kathman Filed by on behalf of 3|5|2 Capital GP, LLC, on behalf of 3|5|2 Capital ABS Master Fund LP (Kathman, Jason) (Entered: 09/09/2024) |
| 09/09/2024 | | 20 | Notice of Appearance and Request for Notice Filed by Kyle S. Hirsch Filed by on behalf of Water for Commerce Fund Management, LLC (Hirsch, Kyle) (Entered: 09/09/2024) |
| 09/11/2024 | | 21 | MOTION to Appear Pro Hac Vice for Gregory R. Fox (Fee Paid: $100, receipt number A25559779) Filed by Creditor First Fed Bank (Fox, Gregory) (Entered: 09/11/2024) |
| 09/11/2024 | | 22 | Motion for Expedited Consideration (related document(s):13 Generic Motion). Filed by Creditor TurningPointe, LLC (Attachments: # 1 Proposed Order re Motion for Expedited Consideration) (Moore, J.) (Entered: 09/11/2024) |
| 09/11/2024 | | 23 | BNC Certificate of Mailing. (Related document(s):17 Order on Motion to Appear pro hac vice) No. of Notices: 5. Notice Date 09/11/2024. (Admin.) (Entered: 09/11/2024) |
| 09/11/2024 | | 24 | Order Setting Hearing Signed on 9/11/2024 (Related document(s):13 Motion to Confirm Eric Camm's Status as Manager) Motion for Expedited Hearing 22 is Granted. **Hearing scheduled for 9/24/2024 at 09:30 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 09/12/2024) |
| 09/12/2024 | | 25 | Order Granting Motion for Gregory R. Fox To Appear pro hac vice (Related Doc # 21) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 9/12/2024. (srh4) (Entered: 09/12/2024) |
| 09/12/2024 | | 26 | Certificate *of Service* (Filed By TurningPointe, LLC ). (Attachments: # 1 Exhibit order setting hearing) (Cooper, Zachary) (Entered: 09/12/2024) |
| 09/14/2024 | | 27 | BNC Certificate of Mailing. (Related document(s):24 Order Setting Hearing) No. of Notices: 7. Notice Date 09/14/2024. (Admin.) (Entered: 09/14/2024) |
| 09/14/2024 | | 28 | BNC Certificate of Mailing. (Related document(s):25 Order on Motion to Appear pro hac vice) No. of Notices: 7. Notice Date 09/14/2024. (Admin.) (Entered: 09/14/2024) |
| 09/17/2024 | | 29 | Notice *of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology*. (Related document(s):13 Generic Motion, 24 Order Setting Hearing) Filed by TurningPointe, LLC (Cooper, Zachary) (Entered: 09/17/2024) |
| 09/18/2024 | | 30 | Notice of Appearance and Request for Notice Filed by John J. Wiles Sr Filed by on behalf of BBU ATL LLC (Wiles, John) (Entered: 09/18/2024) |

| | | | |
|---|---|---|---|
| 09/20/2024 | | 31 | Response *to Turning Point Strategic Advisors' Motion to Confirm Eric Camm's Status as Manager of Refreshing USA, LLC* (related document(s):13 Generic Motion). Filed by 352 Capital GP LLC (Attachments: # 1 Exhibit A # 2 Exhibit B) (Kathman, Jason) (Entered: 09/20/2024) |
| 09/23/2024 | | 32 | Order Granting Motion (Related Doc # 13) Motion to Confirm Eric Camm's Status as Manager Signed on 9/23/2024. (srh4) (Entered: 09/23/2024) |
| 09/25/2024 | | 33 | BNC Certificate of Mailing. (Related document(s):32 Generic Order) No. of Notices: 8. Notice Date 09/25/2024. (Admin.) (Entered: 09/25/2024) |
| 09/26/2024 | | 34 | MOTION to Appear Pro Hac Vice for Scott S. Balber (Fee Paid: $100, receipt number A25597060) Filed by Creditor 352 Capital GP LLC (Kathman, Jason) (Entered: 09/26/2024) |
| 09/26/2024 | | 35 | MOTION to Appear Pro Hac Vice for Peter Behmke (Fee Paid: $100, receipt number A25597315) Filed by Creditor 352 Capital GP LLC (Kathman, Jason) Modified on 9/27/2024 (KathyHNguyen). (Entered: 09/26/2024) |
| 09/26/2024 | | 36 | MOTION to Appear Pro Hac Vice for Michael P. Jones (Fee Paid: $100, receipt number A25597355) Filed by Creditor 352 Capital GP LLC (Kathman, Jason) Modified on 9/27/2024 (KathyHNguyen). (Entered: 09/26/2024) |
| 09/27/2024 | | 37 | Order Granting Motion for Scott S. Balber To Appear pro hac vice (Related Doc # 34) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 9/27/2024. (trc4) (Entered: 09/27/2024) |
| 09/27/2024 | | 38 | Order Granting Motion for Peter Behmke To Appear pro hac vice (Related Doc # 35) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 9/27/2024. (trc4) (Entered: 09/27/2024) |
| 09/27/2024 | | 39 | Order Granting Motion for Michael Jones To Appear pro hac vice (Related Doc # 36) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 9/27/2024. (trc4) (Entered: 09/27/2024) |
| 09/29/2024 | | 40 | BNC Certificate of Mailing. (Related document(s):37 Order on Motion to Appear pro hac vice) No. of Notices: 8. Notice Date 09/29/2024. (Admin.) (Entered: 09/29/2024) |
| 09/29/2024 | | 41 | BNC Certificate of Mailing. (Related document(s):38 Order on Motion to Appear pro hac vice) No. of Notices: 8. Notice Date 09/29/2024. (Admin.) (Entered: 09/29/2024) |
| 09/29/2024 | | 42 | BNC Certificate of Mailing. (Related document(s):39 Order on Motion to Appear pro hac vice) No. of Notices: 8. Notice Date 09/29/2024. (Admin.) (Entered: 09/29/2024) |
| 10/01/2024 | | 43 | Motion *and Request for Status Conference and for Order to Show Cause Why an Order for Relief Should Not Be Entered* Filed by Creditor 352 Capital GP LLC (Attachments: # 1 Proposed Order) (Kathman, Jason) (Entered: 10/01/2024) |

| | | | |
|---|---|---|---|
| 10/02/2024 | | 44 | Notice of Appearance and Request for Notice Filed by David Robert Eastlake Filed by on behalf of For U.S. Bank Trust Company, National Association, in its capacity as Indenture Trustee under the Indenture dated April 29, 2022, between Water Station Management LLC, as Issuer, and U.S. Bank Trust C (Eastlake, David) (Entered: 10/02/2024) |
| 10/02/2024 | | 45 | Order Setting Hearing Signed on 10/2/2024 (Related document(s):43 Motion and Request for Status Conference) **Status conference to be held on 11/6/2024 at 11:00 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 10/02/2024) |
| 10/02/2024 | | 46 | MOTION to Appear Pro Hac Vice for Michael B. Fisco (Fee Paid: $100, receipt number A25608489) Filed by Creditor For U.S. Bank Trust Company, National Association, in its capacity as Indenture Trustee under the Indenture dated April 29, 2022, between Water Station Management LLC, as Issuer, and U.S. Bank Trust C (Eastlake, David) (Entered: 10/02/2024) |
| 10/02/2024 | | 47 | MOTION to Appear Pro Hac Vice for Dominique R. Scalia (Fee Paid: $100, receipt number A25610572) Filed by Creditor Ideal Property Investments LLC (Scalia, Dominique) (Entered: 10/02/2024) |
| 10/03/2024 | | 48 | Order Granting Motion for Dominique R. Scalia To Appear pro hac vice (Related Doc # 47) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/3/2024. (srh4) (Entered: 10/03/2024) |
| 10/03/2024 | | 49 | Order Granting Motion for Michael B. Fisco To Appear pro hac vice (Related Doc # 46) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/3/2024. (srh4) (Entered: 10/03/2024) |
| 10/04/2024 | | 50 | BNC Certificate of Mailing. (Related document(s):45 Order Setting Hearing) No. of Notices: 9. Notice Date 10/04/2024. (Admin.) (Entered: 10/04/2024) |
| 10/05/2024 | | 51 | BNC Certificate of Mailing. (Related document(s):48 Order on Motion to Appear pro hac vice) No. of Notices: 10. Notice Date 10/05/2024. (Admin.) (Entered: 10/05/2024) |
| 10/05/2024 | | 52 | BNC Certificate of Mailing. (Related document(s):49 Order on Motion to Appear pro hac vice) No. of Notices: 10. Notice Date 10/05/2024. (Admin.) (Entered: 10/05/2024) |
| 10/09/2024 | | 53 | Notice of Appearance and Request for Notice Filed by Daniel Forest Newman Filed by on behalf of Refreshing USA, LLC (Newman, Daniel) (Entered: 10/09/2024) |
| 10/10/2024 | | 54 | Motion for Joint Administration Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Proposed Order Proposed Order (1) Directing Joint Administration of the Chapter 11 Cases and (2) Granting Related Relief) (Newman, Daniel) (Entered: 10/10/2024) |
| 10/10/2024 | | 55 | Order Setting Hearing Signed on 10/10/2024 (Related document(s):54 Emergency Motion for Joint Administration) **Hearing scheduled for 10/17/2024 at 03:00 PM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 10/10/2024) |

| Date | | Doc # | Description |
|---|---|---|---|
| 10/10/2024 | | 56 | Notice *of Designation as Complex Case*. Filed by Refreshing USA, LLC (Attachments: # 1 Proposed Order Proposed Order Granting Complex Case Treatment) (Newman, Daniel) (Entered: 10/10/2024) |
| 10/11/2024 | | 57 | Order Setting Hearing Signed on 10/11/2024 (Related document(s):56 Notice of Designation as Complex Case) **Hearing scheduled for 10/17/2024 at 03:00 PM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 10/11/2024) |
| 10/11/2024 | | 58 | MOTION to Appear Pro Hac Vice for Ava Schoen (Fee Paid: $100, receipt number A25633797) Filed by Debtor Refreshing USA, LLC (Schoen, Ava) (Entered: 10/11/2024) |
| 10/12/2024 | | 59 | BNC Certificate of Mailing. (Related document(s):55 Order Setting Hearing) No. of Notices: 10. Notice Date 10/12/2024. (Admin.) (Entered: 10/12/2024) |
| 10/13/2024 | | 60 | BNC Certificate of Mailing. (Related document(s):57 Order Setting Hearing) No. of Notices: 10. Notice Date 10/13/2024. (Admin.) (Entered: 10/13/2024) |
| 10/15/2024 | | 61 | Order Granting Motion for Ava Schoen To Appear pro hac vice (Related Doc # 58) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/15/2024. (srh4) (Entered: 10/15/2024) |
| 10/15/2024 | | 62 | **Incorrectly docketed. Correct entry 66.*** Motion to Extend Time *to File Schedules...Required by Bankruptcy Rule 1007* Filed by Debtor Refreshing USA, LLC Hearing scheduled for 10/17/2024 at 03:00 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit A) (Newman, Daniel) Modified on 10/16/2024 (ShannonHolden). (Entered: 10/15/2024) |
| 10/15/2024 | | 63 | ***Incorrectly docketed. Correct entry ECF 67.***Proposed Order RE: *Emergency Motion for Extension of Time* (Filed By Refreshing USA, LLC ). (Newman, Daniel) Modified on 10/16/2024 (ShannonHolden). (Entered: 10/15/2024) |
| 10/15/2024 | | 64 | Application to Employ Tonkon Torp LLP as Counsel. Objections/Request for Hearing Due in 21 days. Filed by Debtor Refreshing USA, LLC Hearing scheduled for 10/17/2024 at 03:00 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit A) (Newman, Daniel) (Entered: 10/15/2024) |
| 10/15/2024 | | 65 | Proposed Order RE: *Motion to Employ Tonkon Torp LLP* (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/15/2024) |
| 10/15/2024 | | 66 | Motion to Extend Time *To File Schedules..Required by Bankruptcy Rule 1007* Filed by Debtor Refreshing USA, LLC Hearing scheduled for 10/17/2024 at 03:00 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit A) (Newman, Daniel) (Entered: 10/15/2024) |
| 10/15/2024 | | 67 | Proposed Order RE: *Emergency Motion to Extend Deadline to File Schedules...Required by Bankruptcy Rule 1007* (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/15/2024) |
| 10/15/2024 | | 68 | ****Duplicate filing*** Emergency Motion *to Abandon Property* Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Newman, Daniel) Modified on 10/16/2024 |

| Date | | No. | Description |
|---|---|---|---|
| | | | (ShannonHolden). (Entered: 10/15/2024) |
| 10/15/2024 | | 69 | Emergency Motion *to Abandon Certain Personal Property* Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Newman, Daniel) (Entered: 10/15/2024) |
| 10/15/2024 | | 70 | Proposed Order RE: *Emergency Motion to Abandon Certain Personal Property* (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/15/2024) |
| 10/16/2024 | | 71 | Corrected Emergency Motion *to Abandon Certain Personal Property* Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Exhibit Ex. A – Declaration of Eric Camm ISO Mot. to Abandon # 2 Exhibit Ex. B – Declaration of Joseph Fanelli ISO Mot. to Abandon # 3 Proposed Order Proposed Order re Corrected Emergency Motion to Abandon Certain Personal Property) (Newman, Daniel) (Entered: 10/16/2024) |
| 10/16/2024 | | 72 | Order Denying Application to Employ (Related Doc # 64) Signed on 10/16/2024. (srh4) (Entered: 10/16/2024) |
| 10/16/2024 | | 73 | Order Granting Emergency Motion to Extention of Time (Related Doc # 66) Signed on 10/16/2024. (srh4) (Entered: 10/16/2024) |
| 10/16/2024 | | 74 | Order Setting Hearing Signed on 10/16/2024 (Related document(s):71 Emergency Motion) **Hearing scheduled for 10/21/2024 at 09:00 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 10/16/2024) |
| 10/16/2024 | | 75 | Order Denying Motion For Joint Administration (Related Doc # 54) Signed on 10/16/2024. (srh4) (Entered: 10/16/2024) |
| 10/16/2024 | | 76 | Order Denying Motion Without Prejudice Signed on 10/16/2024 (Related document(s):56 Notice) (srh4) (Entered: 10/16/2024) |
| 10/16/2024 | | 77 | Notice *of No Hearing on October 17, 2024 at 3:00 p.m.*. Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 10/16/2024) |
| 10/16/2024 | | 78 | Certificate *of Service* (Filed By Refreshing USA, LLC ).(Related document(s):71 Emergency Motion, 74 Order Setting Hearing) (Newman, Daniel) (Entered: 10/16/2024) |
| 10/17/2024 | | 79 | Notice of Appearance and Request for Notice Filed by Gold Capital USA (Hochheiser, Alan) (Entered: 10/17/2024) |
| 10/17/2024 | | 80 | Emergency Motion *Debtor's Renewed and Updated Emergency Motion for Entry of an Order (1) Directing Joint Administration of Chapter 11 Cases and (2) Granting Related Relief* Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Proposed Order proposed Order Directing Joint Administration) (Newman, Daniel) (Entered: 10/17/2024) |
| 10/17/2024 | | 81 | Notice *Renewed and Updated Notice of Designation as Complex Cases*. Filed by Refreshing USA, LLC (Attachments: # 1 Proposed Order Proposed Order Granting Complex Case Treatment) (Newman, Daniel) (Entered: 10/17/2024) |
| 10/17/2024 | | 82 | Emergency Motion *Order Granting Debtors' Emergency Nunc Pro Tunc Motion for Order Authorizing Payment of Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes Incurred Before October 2, 2024;* |

| | | | |
|---|---|---|---|
| | | | *and to Continue Employee Benefits on or after October 2, 2024* Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Exhibit 1 # 2 Proposed Order Order Granting Wages Motiom) (Newman, Daniel) (Entered: 10/17/2024) |
| 10/17/2024 | | 83 | BNC Certificate of Mailing. (Related document(s):61 Order on Motion to Appear pro hac vice) No. of Notices: 10. Notice Date 10/17/2024. (Admin.) (Entered: 10/17/2024) |
| 10/18/2024 | | 84 | Order Setting Virtual Hearing Signed on 10/18/2024 (Related document(s):80 Emergency Motion, 81 Notice, 82 Emergency Motion) **Hearing scheduled for 10/22/2024 at 08:00 AM at telephone and video conference.** Response deadline 5:00 p.m. 10/21/2024. (srh4) (Entered: 10/18/2024) |
| 10/18/2024 | | 85 | Order Resetting Hearing and Converting Hearing to Status Conference before Judge Jeffrey P Norman. Signed on 10/18/2024 (Related document(s):71 Emergency Motion) **Hearing to be held on 10/22/2024 at 08:00 AM at telephone and video conference.** (srh4)Modified on 10/21/2024 (srh4). (Entered: 10/18/2024) |
| 10/18/2024 | | 86 | MOTION to Appear Pro Hac Vice for Alyssa M. Radovanovich (Fee Paid: $100, receipt number B25646511) Filed by Creditors Alkaline Water Holdings, LLC, H2O Station Holdings, LLC, Keystone Water Holdings, LLC (Radovanovich, Alyssa) (Entered: 10/18/2024) |
| 10/18/2024 | | 87 | Order Granting Motion for Alyssa Radovanovich To Appear pro hac vice (Related Doc # 86) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/18/2024. (srh4) (Entered: 10/18/2024) |
| 10/18/2024 | | 88 | Certificate *of Service* (Filed By Refreshing USA, LLC ).(Related document(s):84 Order Setting Hearing, 85 Order Resetting Hearing) (Newman, Daniel) (Entered: 10/18/2024) |
| 10/18/2024 | | 89 | Corrected Application to Employ Tonkon Torp LLP as Debtors' Counsel. Objections/Request for Hearing Due in 21 days. Filed by Debtor Refreshing USA, LLC Hearing scheduled for 11/13/2024 at 11:00 AM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Declaration of Danny Newman in Support of Debtor's Application # 2 Proposed Order) (Newman, Daniel) (Entered: 10/18/2024) |
| 10/18/2024 | | 90 | Exhibit List (Filed By Refreshing USA, LLC ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Newman, Daniel) (Entered: 10/18/2024) |
| 10/18/2024 | | 91 | Agenda for Hearing on 10/22/2024 (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/18/2024) |
| 10/18/2024 | | 92 | Certificate *of Service (Supplemental)* (Filed By Refreshing USA, LLC ).(Related document(s):80 Emergency Motion, 81 Notice, 82 Emergency Motion) (Newman, Daniel) (Entered: 10/18/2024) |
| 10/18/2024 | | 93 | Certificate *of Service re Dkt #89, 90 and 91* (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/18/2024) |
| 10/18/2024 | | 94 | BNC Certificate of Mailing. (Related document(s):75 Order on Motion For Joint Administration) No. of Notices: 163. Notice Date 10/18/2024. |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | (Admin.) (Entered: 10/18/2024) |
| 10/18/2024 | | 95 | BNC Certificate of Mailing. (Related document(s):72 Order on Application to Employ) No. of Notices: 10. Notice Date 10/18/2024. (Admin.) (Entered: 10/18/2024) |
| 10/18/2024 | | 96 | BNC Certificate of Mailing. (Related document(s):73 Order on Motion to Extend Time) No. of Notices: 10. Notice Date 10/18/2024. (Admin.) (Entered: 10/18/2024) |
| 10/18/2024 | | 97 | BNC Certificate of Mailing. (Related document(s):74 Order Setting Hearing) No. of Notices: 10. Notice Date 10/18/2024. (Admin.) (Entered: 10/18/2024) |
| 10/18/2024 | | 98 | BNC Certificate of Mailing. (Related document(s):76 Generic Order) No. of Notices: 10. Notice Date 10/18/2024. (Admin.) (Entered: 10/18/2024) |
| 10/20/2024 | | 99 | BNC Certificate of Mailing. (Related document(s):84 Order Setting Hearing) No. of Notices: 10. Notice Date 10/20/2024. (Admin.) (Entered: 10/20/2024) |
| 10/20/2024 | | 100 | BNC Certificate of Mailing. (Related document(s):85 Order Resetting Hearing) No. of Notices: 10. Notice Date 10/20/2024. (Admin.) (Entered: 10/20/2024) |
| 10/20/2024 | | 101 | BNC Certificate of Mailing. (Related document(s):87 Order on Motion to Appear pro hac vice) No. of Notices: 10. Notice Date 10/20/2024. (Admin.) (Entered: 10/20/2024) |
| 10/21/2024 | | 102 | Courtroom Minutes. Time Hearing Held: 9:00. Appearances: Danny Newman for debtor, Jason Kathman for 352 Captial GP LLC, Zachary Cooper for Turning Point Strategic Advisers, U.S. Trustee Ha Nguyen.(Related document(s):1 Involuntary Petition (Chapter 11)) Original hearing reset to as a Status Conference. Status Conference held. Court advised the parties of proper service. Court will enter an Order setting deadline and hearing dates. (srh4) (Entered: 10/21/2024) |
| 10/21/2024 | | 103 | PDF with attached Audio File. Court Date & Time [ 10/21/2024 9:05:49 AM ]. File Size [ 4493 KB ]. Run Time [ 00:09:22 ]. (admin). (Entered: 10/21/2024) |
| 10/21/2024 | | 104 | Order Resetting Hearing before Judge Jeffrey P Norman. Signed on 10/21/2024 (Related document(s):71 Emergency Motion, 80 Emergency Motion, 81 Notice, 82 Emergency Motion) **Hearing scheduled for 10/28/2024 at 09:00 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 10/21/2024) |
| 10/21/2024 | | 105 | Certificate *of Service* (Filed By Refreshing USA, LLC ).(Related document(s):104 Order Resetting Hearing) (Newman, Daniel) (Entered: 10/21/2024) |
| 10/21/2024 | | 106 | Certificate *of Service (Supplemental)* (Filed By Refreshing USA, LLC ).(Related document(s):71 Emergency Motion, 80 Emergency Motion, 81 Notice, 82 Emergency Motion, 89 Application to Employ) (Newman, Daniel) (Entered: 10/21/2024) |
| 10/22/2024 | | 107 | |

| | | | |
|---|---|---|---|
| | | | MOTION to Appear Pro Hac Vice for Martin Kreshon (Fee Paid: $100, receipt number A25655482) Filed by Creditor James Group International, LLC Hearing scheduled for 10/30/2024 at 11:00 AM at Houston, Courtroom 403 (JPN). (Kreshon, Martin) (Entered: 10/22/2024) |
| 10/23/2024 | | 108 | Order Granting Motion for Martin Kreshon To Appear pro hac vice (Related Doc # 107) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/23/2024. (trc4) (Entered: 10/23/2024) |
| 10/23/2024 | | 109 | BNC Certificate of Mailing. (Related document(s):104 Order Resetting Hearing) No. of Notices: 10. Notice Date 10/23/2024. (Admin.) (Entered: 10/23/2024) |
| 10/24/2024 | | 110 | Chapter 11 or Chapter 9 Cases Non–Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/24/2024) |
| 10/24/2024 | | 111 | Application to Employ Force Ten Partners, LLC as Chief Restructuring Office. Objections/Request for Hearing Due in 21 days. Filed by Debtor Refreshing USA, LLC Hearing scheduled for 11/20/2024 at 11:00 AM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit Ex. A – Declaration of Brian Weiss # 2 Exhibit Ex. B – Retention Agreement # 3 Proposed Order Ex. C – Proposed Order) (Newman, Daniel) (Entered: 10/24/2024) |
| 10/24/2024 | | 112 | MOTION to Appear Pro Hac Vice for Paul A. Barrera (Fee Paid: $100, receipt number A25661639) Filed by Creditor James Group International, LLC Hearing scheduled for 11/1/2024 at 11:00 AM at Houston, Courtroom 403 (JPN). (Barrera, Paul) (Entered: 10/24/2024) |
| 10/24/2024 | | 113 | Certificate *of Service re 20 Largest Unsecured Creditors 110 and Application to Employ 111* (Filed By Refreshing USA, LLC ).(Related document(s):110 20 Largest Unsecured Creditors, 111 Application to Employ) (Newman, Daniel) (Entered: 10/24/2024) |
| 10/25/2024 | | 114 | Order Granting Motion for Paul Barrera To Appear pro hac vice (Related Doc # 112) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/25/2024. (srh4) (Entered: 10/25/2024) |
| 10/25/2024 | | 115 | Exhibit List (Filed By Refreshing USA, LLC ). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Newman, Daniel) (Entered: 10/25/2024) |
| 10/25/2024 | | 116 | Agenda for Hearing on 10/28/2024 (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 10/25/2024) |
| 10/25/2024 | | 117 | Certificate *of Service re Exhibit List 115 and Agenda 116* (Filed By Refreshing USA, LLC ).(Related document(s):115 Exhibit List, 116 Agenda) (Newman, Daniel) (Entered: 10/25/2024) |
| 10/25/2024 | | 118 | BNC Certificate of Mailing. (Related document(s):108 Order on Motion to Appear pro hac vice) No. of Notices: 11. Notice Date 10/25/2024. (Admin.) (Entered: 10/25/2024) |
| 10/27/2024 | | 119 | |

| | | | |
|---|---|---|---|
| | | | Order for Joint Administration Signed on 10/27/2024 (trc4) (Entered: 10/27/2024) |
| 10/27/2024 | | 120 | Order Granting Complex Case Treatment Signed on 10/27/2024 (Related document(s):81 Notice) (trc4) (Entered: 10/27/2024) |
| 10/27/2024 | | 121 | BNC Certificate of Mailing. (Related document(s):114 Order on Motion to Appear pro hac vice) No. of Notices: 11. Notice Date 10/27/2024. (Admin.) (Entered: 10/27/2024) |
| 10/28/2024 | | 122 | Notice of Appearance and Request for Notice Filed by Andrew J Geppert Filed by on behalf of First Fed Bank (Geppert, Andrew) (Entered: 10/28/2024) |
| 10/28/2024 | | | Case reassigned to Judge Alfredo R Perez under the complex case procedures. Judge Perez added to case. Involvement of Judge Jeffrey P Norman Terminated. (dek4) (Entered: 10/28/2024) |
| 10/28/2024 | | | Hearing Set On (Related document(s):71 Emergency Motion, 82 Emergency Motion) **Hearing scheduled for 10/30/2024 at 02:00 PM at telephone and video conference.** Movant to notice all interested parties and file a certificate of service with the Court. (abm4) (Entered: 10/28/2024) |
| 10/28/2024 | | 123 | MOTION to Appear Pro Hac Vice for Steven M. Palmer (Fee Paid: $100, receipt number A25668009) Filed by Interested Party Herald Holdings, LLC Hearing scheduled for 10/28/2024 at 09:15 AM at Houston, Courtroom 400 (ARP). (Palmer, Steven) (Entered: 10/28/2024) |
| 10/28/2024 | | 124 | MOTION to Appear Pro Hac Vice for Clare Elizabeth Bogdanowicz (Fee Paid: $100, receipt number A25668024) Filed by Creditor James Group International, LLC (Bogdanowicz, Clare) (Entered: 10/28/2024) |
| 10/28/2024 | | 125 | Order Granting Motion for Steven M. Palmer To Appear pro hac vice (Related Doc # 123) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/28/2024. (abm4) (Entered: 10/28/2024) |
| 10/28/2024 | | 126 | Order Granting Motion for Clare Bogdanowicz To Appear pro hac vice (Related Doc # 124) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/28/2024. (abm4) (Entered: 10/28/2024) |
| 10/28/2024 | | 127 | Notice of Appearance and Request for Notice Filed by Bennett Greg Fisher Filed by on behalf of David Chessler (Fisher, Bennett) (Entered: 10/28/2024) |
| 10/28/2024 | | 128 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 10/28/2024) |
| 10/28/2024 | | 129 | Second Emergency Motion *for Extension of Time to File Schedules, Statement of Financial Affairs, and Other Documents Required by Bankruptcy Rule 1007* Filed by Debtors Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC (Attachments: # 1 Exhibit Exhibit A – Declaration of Brian Weiss # 2 Proposed Order Proposed Order) (Newman, Daniel) (Entered: 10/28/2024) |
| 10/29/2024 | | | |

| | | | |
|---|---|---|---|
| | | | Hearing Set On (Related document(s):129 Emergency Motion) **Hearing scheduled for 10/30/2024 at 02:00 PM at telephone and video conference.** Movant to notice all interested parties and file a certificate of service with the Court.(abm4) (Entered: 10/29/2024) |
| 10/29/2024 | | 130 | Agenda for Hearing on 10/30/2024 (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ). (Newman, Daniel) (Entered: 10/29/2024) |
| 10/29/2024 | | 131 | Exhibit List (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ). (Attachments: # 1 Exhibit ECF 71–1 # 2 Exhibit ECF 71–2 # 3 Exhibit ECF 13–19 and 13–20 # 4 Exhibit ECF 82–1 # 5 Exhibit ECF 129–1) (Newman, Daniel) (Entered: 10/29/2024) |
| 10/29/2024 | | 132 | Certificate *of Service re ECF Nos. 131, 130, and 129* (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ).(Related document(s):129 Emergency Motion, 130 Agenda, 131 Exhibit List) (Newman, Daniel) (Entered: 10/29/2024) |
| 10/30/2024 | | 133 | Notice of Appearance and Request for Notice Filed by Don Stecker Filed by on behalf of Bexar County (Stecker, Don) (Entered: 10/30/2024) |
| 10/30/2024 | | 134 | Chapter 11 or Chapter 9 Cases Non–Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders *Supplemental Disclosure Regarding List of Creditors Who Have The 30 Largest Unsecured Claims* (Filed By Creative Technologies, LLC, Water Station Management LLC ). (Newman, Daniel) (Entered: 10/30/2024) |
| 10/30/2024 | | 135 | Motion for Relief from Stay *or alternatively Motion for an order Determining that the Stay is not in effect*. Fee Amount $199. Filed by Interested Party Herald Holdings, LLC Hearing scheduled for 12/5/2024 at 09:00 AM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Proposed Order # 2 Exhibit Notice of Hearing) (Palmer, Steven) (Entered: 10/30/2024) |
| 10/30/2024 | | | Receipt of Motion for Relief From Stay( 24–33919) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25673877. Fee amount $ 199.00. (U.S. Treasury) (Entered: 10/30/2024) |
| 10/30/2024 | | 136 | Declaration re: *David D. Graef* (Filed By Herald Holdings, LLC ).(Related document(s):135 Motion for Relief From Stay) (Attachments: # 1 Exhibit A – Lease # 2 Exhibit B – First Amendment to Lease) (Palmer, Steven) (Entered: 10/30/2024) |
| 10/30/2024 | | 137 | Meeting of Creditors Chapter 11 for Non–Individual Debtor Set 341(a) meeting to be held on 12/2/2024 at 01:00 PM, US Trustee Houston Teleconference. (Nguyen, Ha) (Entered: 10/30/2024) |
| 10/30/2024 | | 138 | Order Granting Debtors' Corrected Emergency Motion to Abandon Certain Property, Signed on 10/30/2024 (Related document(s):71 Emergency Motion) (abm4) (Entered: 10/30/2024) |
| 10/30/2024 | | 139 | Order Granting Debtors' Second Emergency Motion for Extension of Time to File Schedules, Statement of Financial Affairs, and Other Documents Required by Bankruptcy Rule 1007, Signed on 10/30/2024 (Related document(s):129 Emergency Motion) (abm4) (Entered: 10/30/2024) |

| Date | | Doc # | Description |
|---|---|---|---|
| 10/30/2024 | | | Deadlines Updated: Incomplete Filings are due by 11/22/2024 (abm4) (Entered: 10/30/2024) |
| 10/30/2024 | | 140 | Courtroom Minutes. Time Hearing Held: 2:00 PM to 2:36 PM. Appearances: see log. Additional appearances: Jason Kathman for 352 Captial GP, LLC.. Admitted Exhibits: ECF Nos. 131–1, 131–2, 131–4, and 131–5. Witnesses sworn and testified: Eric Camm, Joseph Fanelli, and Brian Weiss. Arguments heard. Motion 71 and 129 are granted. Motion 82 is granted; debtor to provide revised order. If a second date is needed, Debtor is to contact Case Manager to schedule. ERO: yes. (Related document(s):71 Emergency Motion, 82 Emergency Motion, 129 Emergency Motion) (abm4) (Entered: 10/30/2024) |
| 10/30/2024 | | 141 | Debtors Master Service List (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ). (Attachments: # 1 Exhibit Exhibit A – Initial Master Service List) (Newman, Daniel) (Entered: 10/30/2024) |
| 10/30/2024 | | 142 | PDF with attached Audio File. Court Date & Time [ 10/30/2024 2:00:01 PM ]. File Size [ 17303 KB ]. Run Time [ 00:36:03 ]. (admin). (Entered: 10/30/2024) |
| 10/30/2024 | | 143 | Proposed Order RE: *Granting Debtors Emergency Nunc Pro Tunc Motion for Order Authorizing Payment of Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes Incurred Before October 2, 2024; and to Continue Employee Benefits on and After October 2, 2024* (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ).(Related document(s):82 Emergency Motion) (Newman, Daniel) (Entered: 10/30/2024) |
| 10/30/2024 | | 144 | BNC Certificate of Mailing. (Related document(s):119 Order for Joint Administration) No. of Notices: 166. Notice Date 10/30/2024. (Admin.) (Entered: 10/30/2024) |
| 10/30/2024 | | 145 | BNC Certificate of Mailing. (Related document(s):120 Generic Order) No. of Notices: 13. Notice Date 10/30/2024. (Admin.) (Entered: 10/30/2024) |
| 10/30/2024 | | 146 | BNC Certificate of Mailing. (Related document(s):125 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 10/30/2024. (Admin.) (Entered: 10/30/2024) |
| 10/30/2024 | | 147 | BNC Certificate of Mailing. (Related document(s):126 Order on Motion to Appear pro hac vice) No. of Notices: 14. Notice Date 10/30/2024. (Admin.) (Entered: 10/30/2024) |
| 10/31/2024 | | 148 | Order Granting Debtors' Emergency Nunc Pro Tunc Motion for Order Authorizing Payment of Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes Incurred Before October 2, 2024; and to Continue Employee Benefits on or after October 2, 2024 (Related Doc # 82), Signed on 10/31/2024. (abm4) (Entered: 10/31/2024) |
| 11/01/2024 | | 149 | Motion *Debtors' Motion for an Order Establishing Procedures for Sale or Abandonment of Assets of De Minimus Value* Filed by Debtor Refreshing USA, LLC Hearing scheduled for 11/26/2024 at 02:00 PM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Exhibit A – Declaration of Brian Weiss # 2 Exhibit B – Proposed Order) (Newman, Daniel) (Entered: 11/01/2024) |

| Date | | Doc # | Description |
|---|---|---|---|
| 11/01/2024 | | 150 | Motion for Adequate Protection. Objections/Request for Hearing Due in 21 days. Filed by Creditor First Fed Bank Hearing scheduled for 11/26/2024 at 02:00 PM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Proposed Order # 2 Declaration of Brian Feller # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D # 7 Exhibit E) (Geppert, Andrew) (Entered: 11/01/2024) |
| 11/01/2024 | | 151 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 11/01/2024) |
| 11/01/2024 | | 152 | Certificate *of Service of Orders Granting Complex Case Treatment* (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ).(Related document(s):120 Generic Order) (Newman, Daniel) (Entered: 11/01/2024) |
| 11/01/2024 | | 153 | Certificate *of Service re Debtors' Motion for an Order Establishing Procedures for Sale or Abandonment of Assets of De Minimis Value [Dkt #149]* (Filed By Refreshing USA, LLC ).(Related document(s):149 Generic Motion) (Newman, Daniel) (Entered: 11/01/2024) |
| 11/01/2024 | | 154 | BNC Certificate of Mailing. (Related document(s):138 Generic Order) No. of Notices: 14. Notice Date 11/01/2024. (Admin.) (Entered: 11/01/2024) |
| 11/01/2024 | | 155 | BNC Certificate of Mailing. (Related document(s):139 Generic Order) No. of Notices: 14. Notice Date 11/01/2024. (Admin.) (Entered: 11/01/2024) |
| 11/02/2024 | | 156 | BNC Certificate of Mailing – Meeting of Creditors. (Related document(s):137 Meeting of Creditors Chapter 11 for Non–Individual Debtor Set) No. of Notices: 193. Notice Date 11/02/2024. (Admin.) (Entered: 11/02/2024) |
| 11/02/2024 | | 157 | BNC Certificate of Mailing. (Related document(s):148 Order on Emergency Motion) No. of Notices: 14. Notice Date 11/02/2024. (Admin.) (Entered: 11/02/2024) |
| 11/04/2024 | | 158 | Notice of Appearance and Request for Notice Filed by Ally Bank c/o AIS Portfolio Services, LLC (Sharma, Amitkumar) (Entered: 11/04/2024) |
| 11/04/2024 | | 159 | Notice of Appearance and Request for Notice Filed by Ally Bank c/o AIS Portfolio Services, LLC (Sharma, Amitkumar) (Entered: 11/04/2024) |
| 11/04/2024 | | 160 | Notice of Appearance and Request for Notice Filed by Ally Bank c/o AIS Portfolio Services, LLC (Sharma, Amitkumar) (Entered: 11/04/2024) |
| 11/04/2024 | | 161 | Notice of Appearance and Request for Notice Filed by Ally Bank c/o AIS Portfolio Services, LLC (Sharma, Amitkumar) (Entered: 11/04/2024) |
| 11/04/2024 | | 162 | Notice of Appearance and Request for Notice Filed by Ally Bank c/o AIS Portfolio Services, LLC (Sharma, Amitkumar) (Entered: 11/04/2024) |
| 11/05/2024 | | 163 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 11/05/2024) |
| 11/05/2024 | | 164 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 11/05/2024) |

| | | | |
|---|---|---|---|
| 11/05/2024 | | 167 | Notice *of Hearing*. (Related document(s):135 Motion for Relief From Stay) Filed by Herald Holdings, LLC (dah4) (Entered: 11/06/2024) |
| 11/06/2024 | | 165 | Notice of Appearance and Request for Notice Filed by Paul A Barrera, Clare Elizabeth Bogdanowicz, Martin J Kreshon III Filed by on behalf of James Group International, LLC (Kreshon, Martin) (Entered: 11/06/2024) |
| 11/06/2024 | | 166 | Motion for Relief from Stay *as to Certain Water Machines*. Fee Amount $199. Filed by Creditor James Group International, LLC Hearing scheduled for 12/5/2024 at 09:00 AM at Houston, Courtroom 400 (ARP). (Attachments: # 1 DECLARATION OF DONALD JAMES ISO MOTION FOR RELIEF FROM STAY AS TO CERTAIN WATER MACHINES # 2 DECLARATION OF MARTIN KRESHON ISO MOTION FOR RELIEF FROM STAY AS TO CERTAIN WATER MACHINES # 3 DECLARATION OF PAUL BARRERA ISO MOTION FOR RELIEF FROM STAY AS TO CERTAIN WATER MACHINES # 4 Proposed Order Granting James Group's Motion for Relief from Stay) (Kreshon, Martin) (Entered: 11/06/2024) |
| 11/06/2024 | | | Receipt of Motion for Relief From Stay( 24–33919) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25691199. Fee amount $ 199.00. (U.S. Treasury) (Entered: 11/06/2024) |
| 11/06/2024 | | 168 | Application to Employ Hilco Real Estate, LLC as Real Estate Consultants. Objections/Request for Hearing Due in 21 days. Filed by Debtor Refreshing USA, LLC Hearing scheduled for 11/26/2024 at 02:00 PM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Exhibit A # 2 Exhibit B – Declaration of Jeffrey Azuse # 3 Schedule 1 to Azuse Declaration # 4 Schedule 2 to Azuse Declaration # 5 Exhibit C – Proposed Order # 6 Exhibit 1 to Proposed Order) (Newman, Daniel) (Entered: 11/06/2024) |
| 11/06/2024 | | 169 | Amended Application to Employ Hilco Real Estate, LLC as Real Estate Consultants. Objections/Request for Hearing Due in 21 days. Filed by Debtor Refreshing USA, LLC Hearing scheduled for 12/9/2024 at 10:00 AM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Exhibit A # 2 Exhibit B – Decl of Jeffrey Azuse # 3 Schedule 1 to Azuse Decl # 4 Schedule 2 to Azuse Decl # 5 Exhibit C – Proposed Order # 6 Exhibit 1 to proposed Order) (Newman, Daniel) (Entered: 11/06/2024) |
| 11/06/2024 | | 170 | Motion to Transfer Case To Another District. Objections/Request for Hearing Due in 21 days. Filed by Debtors Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC Hearing scheduled for 12/9/2024 at 10:00 AM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Exhibit A – Declaration of Eric Camm # 2 Exhibit B – Declaration of Brian Weiss # 3 Exhibit C– Declaration of Joseph Fanelli # 4 Proposed Order) (Schoen, Ava) (Entered: 11/06/2024) |
| 11/06/2024 | | 171 | Certificate *of Service re Amended Debtors' Application to Employ Hilco Real Estate, LLC [Dkt #169] and Debtors' Motion to Transfer Venue [Dkt #170]* (Filed By Refreshing USA, LLC ).(Related document(s):169 Application to Employ, 170 Motion to Transfer Case) (Newman, Daniel) (Entered: 11/06/2024) |
| 11/06/2024 | | 172 | Debtors Master Service List (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ). (Newman, Daniel) (Entered: 11/06/2024) |
| 11/07/2024 | | 173 | |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | Motion *for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* Filed by Debtors Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC Hearing scheduled for 12/9/2024 at 10:00 AM at Houston, Courtroom 400 (ARP). (Attachments: # 1 Proposed Order) (Newman, Daniel) (Entered: 11/07/2024) |
| 11/07/2024 | | 174 | Certificate *of Service Regarding ECF 173* (Filed By Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC ).(Related document(s):173 Generic Motion) (Newman, Daniel) (Entered: 11/07/2024) |
| 11/07/2024 | | 175 | Order Setting Expedited Hearing, Signed on 11/7/2024 (Related document(s):170 Motion to Transfer Case) **Hearing scheduled for 11/12/2024 at 06:00 PM at telephone and video conference.** (abm4) (Entered: 11/07/2024) |
| 11/08/2024 | | 176 | Notice *of Deadlines for the Filing of Proofs of Claim*. Filed by Creative Technologies, LLC, Refreshing USA, LLC, Water Station Management LLC (Newman, Daniel) (Entered: 11/08/2024) |
| 11/08/2024 | | 177 | *Withdrawn* Objection *to Debtors' Motion re Sale, Abandonment of De Minimis Property* (related document(s):149 Generic Motion). Filed by James Group International, LLC (Kreshon, Martin)Modified on 11/12/2024 (abm4). (Entered: 11/08/2024) |
| 11/10/2024 | | 178 | BNC Certificate of Mailing. (Related document(s):175 Order Setting Hearing) No. of Notices: 14. Notice Date 11/10/2024. (Admin.) (Entered: 11/10/2024) |
| 11/11/2024 | | 179 | Exhibit List (Filed By Refreshing USA, LLC ).(Related document(s):175 Order Setting Hearing) (Attachments: # 1 Exhibit A – Declaration of Eric Camm # 2 Exhibit B – Declaration of Brian Weiss # 3 Exhibit C – Declaration of Joseph Fanelli # 4 Exhibit D – copy of Docket in USBC EDWA case) (Newman, Daniel) (Entered: 11/11/2024) |
| 11/11/2024 | | 180 | Agenda for Hearing on 11/12/2024 (Filed By Refreshing USA, LLC ). (Newman, Daniel) (Entered: 11/11/2024) |
| 11/11/2024 | | 181 | Certificate *of Service for Debtors' Witness and Exhibit List [Dkt #179] and Agenda for Hearing on November 12, 2024 [Dkt #180]* (Filed By Refreshing USA, LLC ).(Related document(s):179 Exhibit List, 180 Agenda) (Newman, Daniel) (Entered: 11/11/2024) |
| 11/11/2024 | | 182 | Objection *to Debtors' Motion to Transfer Venue* (related document(s):170 Motion to Transfer Case). Filed by First Fed Bank (Attachments: # 1 Ideal Amended Schedules) (Geppert, Andrew) (Entered: 11/11/2024) |
| 11/11/2024 | | 183 | Motion *Debtors' Motion for Entry of an Order Approving (1) Omnibus Claims Objections Procedures and (2) Settlement Procedures* Filed by Debtor Refreshing USA, LLC (Attachments: # 1 Declaration of Brian Weiss # 2 Exhibit 1 – [proposed] Order) (Newman, Daniel) (Entered: 11/11/2024) |
| 11/12/2024 | | 184 | Withdraw Document (Filed By James Group International, LLC ).(Related document(s):177 Objection) (Attachments: # 1 Declaration of Martin Kreshon ISO Withdrawal of Objection) (Kreshon, Martin) (Entered: 11/12/2024) |

| Date | | | # | Description |
|---|---|---|---|---|
| 11/12/2024 | | | 185 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 11/12/2024) |
| 11/12/2024 | | | 186 | MOTION to Appear Pro Hac Vice for Christine M. Tobin−Presser (Fee Paid: $100, receipt number B25704375) Filed by Creditor The Pacific Parties Hearing scheduled for 11/12/2024 at 06:00 PM at telephone and video conference. (Tobin−Presser, Christine) (Entered: 11/12/2024) |
| 11/12/2024 | | | 187 | MOTION to Appear Pro Hac Vice for Armand J. Kornfeld (Fee Paid: $100, receipt number A25704420) Filed by Creditor The Pacific Parties Hearing scheduled for 11/12/2024 at 06:00 PM at telephone and video conference. (Kornfeld, Armand) (Entered: 11/12/2024) |
| 11/12/2024 | | | 188 | Notice of Appearance and Request for Notice Filed by Christine M. Tobin−Presser, Armand J Kornfeld Filed by on behalf of The Pacific Parties (Kornfeld, Armand) (Entered: 11/12/2024) |
| 11/12/2024 | | | 189 | Notice *of Support IFO Motion to Transfer Venue*. (Related document(s):170 Motion to Transfer Case) Filed by James Group International, LLC (Kreshon, Martin) (Entered: 11/12/2024) |
| 11/12/2024 | | | 190 | Notice of Appointment of Creditors' Committee (Travis, Christopher) (Entered: 11/12/2024) |
| 11/12/2024 | | | 191 | Notice *of Organizational Meeting of Creditors' Committee*. (Related document(s):190 Notice of Appointment of Creditors' Committee) Filed by US Trustee (Travis, Christopher) (Entered: 11/12/2024) |
| 11/12/2024 | | | 192 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 11/12/2024) |
| 11/12/2024 | | | 193 | Certificate *Supplemental Certificate of Service of Dkt #137 on Federal Insurance Company* (Filed By Refreshing USA, LLC ).(Related document(s):137 Meeting of Creditors Chapter 11 for Non−Individual Debtor Set) (Newman, Daniel) (Entered: 11/12/2024) |
| 11/12/2024 | | | 194 | Order Granting Motion for Christine M. Tobin−Presser To Appear pro hac vice (Related Doc # 186) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 11/12/2024. (abm4) (Entered: 11/12/2024) |
| 11/12/2024 | | | 195 | Order Granting Motion for Armand J. Kornfeld To Appear pro hac vice (Related Doc # 187) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 11/12/2024. (abm4) (Entered: 11/12/2024) |
| 11/12/2024 | | | 196 | Certificate of No Objection *With Respect to Debtors' Renewed and Updated Application for Order to Employ Tonkon torp LLP as Attorneys for Debtor [Dkt #89]* (Filed By Refreshing USA, LLC ).(Related document(s):89 Application to Employ) (Newman, Daniel) (Entered: 11/12/2024) |
| 11/12/2024 | | | 197 | Certificate *of Service re Debtors' Motion for Entry of an Order Approving (1) Omnibus Claims Objections and (2) Settlement Procedures [Dkt #183]* (Filed By Refreshing USA, LLC ).(Related document(s):183 Generic Motion) (Newman, Daniel) (Entered: 11/12/2024) |
| 11/12/2024 | | | 198 | |

| | | | |
|---|---|---|---|
| | | | Courtroom Minutes. Time Hearing Held: 6:01 PM to 6:22 PM. Appearances: see log; additional appearances: Danny Newman for debtor, Andrew Geppert for First Fed Bank, Ha Nguyen as U.S. Trustee, Jason Kathman for 3|5|2 Capital GP, LLC, on behalf of 3|5|2 Capital ABS Master Fund LP; Joe Fanelli; Christy Tobin–Presser for The Pacific Parties Hearing. Admitted Exhibits: ECF Nos. 170–1, 2, 3. Argument heard. Motion 170 is taken under advisement. ERO: yes. (Related document(s):170 Motion to Transfer Case, 182 Objection) (abm4) (Entered: 11/12/2024) |
| 11/12/2024 | | 199 | PDF with attached Audio File. Court Date & Time [ 11/12/2024 6:01:03 PM ]. File Size [ 9679 KB ]. Run Time [ 00:20:10 ]. (admin). (Entered: 11/12/2024) |
| 11/13/2024 | | 200 | Notice of Change of Address Filed by Refreshing USA, LLC (Newman, Daniel) (Entered: 11/13/2024) |
| 11/13/2024 | | 201 | Certificate *Supplemental Certificate of Service to Arana Water Vending LLC and Ideal Property Investments, Inc. re Dkt #137* (Filed By Refreshing USA, LLC ).(Related document(s):137 Meeting of Creditors Chapter 11 for Non–Individual Debtor Set) (Newman, Daniel) (Entered: 11/13/2024) |
| 11/13/2024 | | 202 | Order Transferring Venue pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 1014(A) (Related Doc # 170), Signed on 11/13/2024. (abm4) (Entered: 11/14/2024) |